IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2024

KE ~~~ WEINER, Clerk
By_____ Deputy Clerk

DWIGHT SMITH, CATHERINE
SMITH and BRYANT SMITH,

PLAINTIFFS,

v.

AMH 2014-1 BORROWER, LLC
AMERICAN HOMES 4 RENT
AMERICAN HOMES 4 RENT, LP.
AH4R MANAGEMENT - GA, LLC
DEFENDANTS

COMPLAINT

CIVIL ACTION FILE
NO.: 24 -CV- 5965

'

## JURISDICITON AND VENUE

1. This Court has subject matter jurisdiction of the federal claim asserted in this

action under 28 U.S.C. § 1331 because the action arises under the laws of the United

States, including the Fair Housing Act, 42 U.S.C. § 3601 et seq..

2. This Court has supplemental jurisdiction over the State of Georgia's claims for

violations pursuant to 28 U.S.C. § 1367(a).

3. This Court has jurisdiction over  Defendants because it is a corporation and/or

subsidiaries are authorized to do business in Georgia, does sufficient business in

Georgia, has sufficient minimum contacts with Georgia, and intentionally avails

1

itself of the markets within Georgia through the promotion, sale, marketing, and leasing its homes in Georgia to render the exercise of jurisdiction by this Court appropriate.

4. Under 28 U.S.C. § 1391(b), venue is proper in the Northern District of Georgia because all events and omissions giving rise to Plaintiffs' claims occurred in this District and all parties reside in this District.

5. Plaintiffs' claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201, 2202 and 1343, and by Rules 57 and 65 of the Federal Rules of Civil Procedure.

## PARTIES

6. Plaintiff Dwight Smith is an individual who is a resident of Fulton County, State of Georgia.

7. Plaintiff Catherine Smith is an individual who is a resident of Fulton County, State of Georgia.

8. Plaintiff Bryant Smith is an individual who is a resident of Fulton County, State of Georgia.

9. Defendant AMERICAN HOMES 4 RENT is the parent company who owns DEFENANTS. Their principal place of business is located at 280 Pilot Road Las Vegas, Nevada 89119.

10. Defendant AMERICAN HOMES 4 RENT, LP. is the operating general partner for AMERICAN HOMES 4 RENT.   AMERICAN HOMES 4 RENT LP is owned by AMERICAN HOMES 4 RENT.

11. AMH 2014-1 BORROWER, LLC is a wholly owned subsidiary of AMERICAN HOMES 4 RENT L.P.

12. AH4R MANAGEMENT - GA, LLC is a wholly owned subsidiary of AMERICAN HOMES RENT L.P.

13. The term DEFENDANTS herein this complaint shall mean AMH 2014-1 BORROWER, LLC, AH4R MANAGEMENT - GA, LLC, AMERICAN HOMES 4 RENT, L.P., AMERICAN HOMES 4 RENT

## FACTS

14. Plaintiffs rented the property from AMH 2014-1 BORROWER, LLC since July 2019. This was the third lease agreement with AMH 2014-1 Borrower, LLC when notified by Defendants attorney O'kelley  and Sorohan, Attorney at Law, the lease agreement had been broken by issuing a Notice to Vacate letter on March 4, 2021, and filing for Eviction on 4/2/2021 with Fulton County Magistrate Court. (Exhibit 2)

15. The lease agreement effective dates were from January 9, 2021, to January 9, 2022.

16. Plaintiffs performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms of lease agreement.

3

17. Dwight Smith was diagnosed with Crohn's. He was hospitalized for 7 days in 2017. During the hospital visit his blood loss was significant because of Crohn's and an infection which was treated with antibiotics and steroids and other medications. Dwight Smith was also hospitalized on December 2021 and May 2019 because of his disability. (Exhibit 1 and 2 )

18. On March 3, 2021 Dwight Smith underwent a Surgery for Perianal Disease regarding a complex fistula and drain the infected tracks. Dr. Armstrong performed two prior Anal Fistula surgeries which failed around October 2019 and July 2020. (Exhibit 1 and 2 )

19. Following each surgery Dwight Smith experienced symptoms which included diarrhea, watery stools, nausea, weight loss. In addition to the foregoing, the complex anal fistula track would become inflamed from fecal matters. There was a great effort to keep the area clean by sitting in sitz bath 4 to 8 times per day. There was also drainage, pus and blood. Due to the complexity of the horseshoe anal fistula and the underlying Crohn's disease of the intestine. Dwight Smith had to take extra precautions because of infection and sepsis. Dwight Smith had a prior record of hospitalization from infections and flare ups from Crohn's and Perianal Disease. Dwight Smith pursued treatment with various doctors to reduce the symptoms through the use of Steroids, Antibiotics, other medications, Rest and Diet.

20. Following the March Surgery Dwight Smith set up an emergency appointment two days later with Dr. Armstrong because of infection.

4

21. He set an appointment set an emergency visit with the Doctor 2 days later out of concern for infection to avoid hospitalization. Despite the antibiotics, Dwight continues to have and persistent swelling in the complex fistula area. Dwight Smith was experiencing diarrhea and watery stool at that time.

*22. On March 5th, 2021, a <u>Notice to Vacate</u>* was issued by Defendants. Dwight Smith spoke with the Defendants attorney. Dwight Smith told the attorney they had made 911 calls and he needed an accommodation because of his disability and recent surgery along with the ongoing Crohn's disease.

23. Taking care of the Fistula required lots of care in addition to Crohn's and other persistent conditions such as watery stool, diarrhea, constipation, abdominal pain, nausea and vomiting.

24. Around March 20, 2011, Dwight Smith asked for formal accommodation because Dwight Smith he was having major inflammation in the Fistula area from the surgery. There are multiple tracks on both side of the anus, and with drainage.

25. Diarrhea and fecal matters flow into the tracks on the Fistula each time I went to the bathroom. Therefore, I had to sit in water after each bathroom visit which involved fecal matters. In addition to caring for the wound by sitting in Sitz Bath during the day and evening to reduce inflammation from the infections. Due to the history of history with Crohn's and the underlying conditions, an infection was already being triggered by the Fistula but also my autoimmune system disease.

26. At the time of the request, the written accommodation was needed because after

5

taking the antibiotics and a bout of steroid. The fistula still was infected, and did not get better. It was a stubborn complex fistula track with multiple opening which allowed fecal matters to penetrate. Lots of care was needed. Constantly sitting in water for 15-10 minutes 3 times a day in addition to after bowel movements.

27. In addition to managing a major Flare up that started after the surgery and continue into April with the combination from the Surgery and the Fistula. While there was minor relief in between, I started to lose significant weight.

28. Participating in life activities were difficult from not being able to exercise except for walking, abdominal pain and nausea from taking the medication. There was also a great deal of mental frustration from dealing with an autoimmune disease that could hospitalize me at any time.

29. During the healing period, lifting moderate weight household items could damage or strain the Fistula area, so I tried to be live moderately. Moving at the time would cause the area to strain and get inflamed and worsen the conditions.

30. In addition to Life Major Activities such as constant diet to manage the auto immune disease while having a rigid diet requirements. My marriage life and intimacy also became strained over the Surgery and worries about how my wife would view me and the burden that was imposed on the family from the autoimmune disease.

31. The accommodation request of 60 days was reasonable, which would allow 4-8 weeks for the complex horseshoe Fistula to improve and persistent Crohn's and the

6

risk of infection from diarrhea and loose watery. My Life, Health and Safety was

being put at risk to be hospitalized and not take care of the ongoing symptom of

Diarrhea, nausea from medication, watery stools, and abdominal pain[1](Exhibit 5)

32. On March 20, 2021, PLAINTIFFS Notified DEFENDANTS attorney with a

Reasonable Accommodation Disability Request notice. DEFENDANTS instructed

it's Attorney Okelley & Sorohan to send a Notice to Vacate letter the following

Business Day. Defendants failed to accommodate the disability request with malice,

oppression, and fraud and used it powers as landlord to oppress the Plaintiffs.

33. On March 28, 2021, PLAINTIFF Dwight Smith made a follow up call with

Defendant employee to inquire if Okelley & Sorohan received his notification to

work out an amicable agreement with his reasonable accommodations request notice

to move out and secure another home. The same day DEFENDANTS attorney was

instructed by Defendants to send a Notice to Vacate letter by email, one hour later.

> Plaintiffs have established evidence of Retaliation because of disability and
> testifying before police because of Life, Health and Safety[2]

34. On April 1, 2021, PLAINTIFFS sent Defendants' attorney Okelley & Sorohan a

---

[1] Direct evidence of Discriminatory intent because defendants refused to respond to the Plaintiffs reasonable accommodate request by altering the rules polices and procedures in the Property Management Agreement which was a part of the Plaintiffs lease agreement.

[2] Plaintiffs have established evidence of Retaliation because of disability and testifying before police because of Life, Health and Safety

7

police body Cam of a neighbor pulling a gun, making rifle threats, and other irrational

and untrue statements. On April 2, 2021 the *"following day"* DEFENDANT AMH

2014-1 BORROWER, LLC *filed for Eviction* in the Magistrate Court of Fulton

County. Discriminatory intent can be established by the temporal link. Plaintiffs'

were evicted because of making the reasonable accommodation. Swanson v. Gen.

Servs. Admin. , 110 F.3d 1180, 1188 (5th Cir. 1997) ("Close timing between an

employee's protected activity and an adverse action against him may provide the

'causal connection' required to make out a prima facie case of retaliation [under Title

VII]."). The trigger event for filing the eviction was sending the police body cam and

testify before a police officer. 42 U.S.C. § 3617 makes it "unlawful to coerce,

intimidate, threaten, or interfere with any person in the exercise or enjoyment of' any

right separately protected by the FHA. 42 U.S.C. § 3617 ; see also Evans v. Tubbe ,

657 F.2d 661, 663 n.3 (5th Cir.1981). Bhogaita v. Altamonte Heights Condo. Ass'n,

Inc., 765 F.3d 1277, 1285 (11thCir. 2014)

35. A plaintiff must demonstrate that "(1) he engaged in an activity that [the FHA]

protects; (2) he was subjected to an adverse [action by the defendant]; and (3) a

causal connection exists between the protected activity and the adverse ... action."

Cox v. Phase III, Invs. , No. H-12-3500, 2013 WL 3110218, at *10 (S.D. Tex. June

14, 2013).

36. Importantly, a finding of discrimination is not necessary for a finding of

retaliation; in other words, a retaliation claim may survive even if there is no

8

plausible discrimination claim. also Oxford House v. City of Baton Rouge , 932 F.

Supp. 2d 683, 701 (M.D. La. 2013) (Bhogaita v. Altamonte Heights Condo. Ass'n,

Inc., 765 F.3d 1277, 1285 (11th Cir. 2014).

37. On April 2, 2021 the following day DEFENDANT AMH 2014-1 BORROWER,

LLC filed for Eviction in the Magistrate Court of Fulton County and posted the

eviction notice on the PLAINTIFFS' Front Door, immediately after receiving

information the neighbors were the Nuisance which included gun threats, stalking,

harassment,  disorderly conduct, and criminal trespass.

38. On April 2, 2021, DEFENDANTS'MANAGEMENT - GA, LLC.  removed

tenant access to making rental payments. PLAINTIFFS notified DEFENDANTS

agent or employees and It's attorney Okelly & Sorohan to allow them to make

payments.  DEFENDANTS refused to accept PLAINTIFFS' rental payments.

39. The Defendants have an established policy of responding to all written notices

involving similarly situated tenants. B) Defendants have responded to 100% of

complaints made by similarly situated individuals (tenants) on the Better Business

Bureau website.  https://www.bbb.org/us/nv/las-vegas/profile/property-

management/american-homes-4-rent-1086-90016239/complaints. Last vested

4/16/2024. [3]

---

[3] Plaintiffs have provide evidence of Discriminatory Intent Because Defendant Altered their
Policies, Procedures, Because of Disability

9

40. Defendants were authorized to respond to all notices according to the "Property

Management Agreement" . The "Property Management Agreement" *is part of the lease*

*agreement.* The Property Management Agreement states the following: *Under Section*

*3.13* of the *Property Management Agreement* - Resident Complaints Requests:

The property manager shall maintain ""commercially reasonable relationships with tenants",

*log in and respond timely to all tenant complaints and requests for services,* and maintain

records showing the actions) taken with respect to each complaint and request.

> To Establish a Prima Facies case When proceeding under McDonnell Douglas, the
> plaintiff bears the initial burden of establishing a prima facie case of discrimination by
> showing (1) that he belongs to a protected class, (2) that he was subjected to an adverse
> employment action, (3) that he was qualified to perform the job in question, and (4) that
> her employer treated "similarly situated" employees outside her class more favorably. See,
> e.g., Holifield v. Reno, 115 F.3d 1555, 1561–62 (11th Cir. 1997) (citing McDonnell
> Douglas, 411 U.S. at 802, 93 S.Ct. 1817). If the plaintiff succeeds in making out a prima
> facie case, the burden shifts to the defendant to articulate a legitimate, nondiscriminatory
> reason for its actions. Tex. Dep't of Cmty. Affairs v. Burdine, 450 U.S. 248, 253, 101 S.Ct.
> 1089, 67 L.Ed.2d 207 (1981) Jacqueline Lewis *v.* City of Union City, Georgia, 934 F.3d
> 1169 (11th Cir. 2019)

41. The Plaintiffs have identified Similarly Situated Comparators traceable to Defendants.

42. The Plaintiffs have also identified Direct Evidence showing the Defendants

treated the Plaintiffs differently based on the Policy within the context of the Property

Management Agreement to respond to all notice.  Plaintiffs were treated differently

43. On April 19, 2021, PLAINTIFFS Sent DEFENDANTS agent or employee it's

attorney Okelley & Sorohan an Email Notice of a neighbor making false statement

which led to an incident with City of Johns Creek Police.  This led to a standoff with

10

police in which PLAINTIFFS house was surrounded by the City of Johns Creek

Police Department. No arrest was made and no charges filed. The Officer

Supervisor admitted to error by The City of Johns Creek Police Department. The

Plaintiffs were assaulted with weapons, false imprisoned, falsely arrest by the City of

Johns Creek. (Exhibit 7 and 8)

44. DEFENDANTS interfered with the Plaintiffs' housing rights by retaliating and

sending out an email alleging the Plaintiffs were the safety issue to the neighbors to

discourage the Plaintiffs from engaging in protected activity. This was the second

incident after being assaulted by a neighbor with a gun (Exhibit 6 )

45. DEFENDANTS through it's attorney continued to pursue the eviction by sending

an email again to PLAINTIFFS Eviction Attorney, falsely accusing the PLAINTIFFS

of being a nuisance and breached the lease agreement. (Exhibit 6 )

46. On April 19, 2021, Defendant Agent or Employee called 911 and falsely stated

the PLAINTIFFS' are a safety issue for the neighbors. The phone call was not true

and DEFENDANTS continued to pursue a constructive eviction through intimidation,

coercion, and harassment tactics.

47. On April 20, Plaintiffs reported to the City of Johns Creek began an investigation

based on false allegations that the Plaintiff Catherine Smith violated a restraining

order by the neighbors'. The City of Johns Creek Police Department cleared

Plaintiff Catherine Smith of false allegations. Plaintiffs notified Defendants, in which

Defendant failed to document the incident, report the incident to management and

11

take substantive action to manage the property and incidents related to safety.

48. On or around August 2021, PLAINTIFFS sent $7800 payment in August 2021 to DEFENDANTS AMERICAN HOMES 4 RENT SFR, LP. The payment was returned to the PLAINTIFFS from AMERICAN HOMES 4 RENT LP with a letter stating the property manager rejected the payment.

49. September 30, 2021, Defendants retaliated because of Plaintiffs disability, because Plaintiffs sent Defendants an email notice Dwight Smith was hospitalized for 3 days. The hospitalization for Crohn's disease which included a blood transfusion. The following day October 1, 2021 , DEFENDANTS instructed it's attorney to file for expedited emergency eviction (Doc 22, Pg. 13). Swanson v. Gen. Servs. Admin. , 110 F.3d 1180, 1188 (5th Cir. 1997) ("Close timing between an employee's protected activity and an adverse action against him may provide the 'causal connection' required to make out a prima facie case of retaliation [under Title VII].") (Exhibit 9)

50. February 22, 2022, DEFENDANTS continued to purse the eviction with Attorney O'Kelly and Sorohan in the Magistrate Court of Fulton County. Three neighbors showed up to the eviction hearing to influence the outcome of the eviction hearing.

Interference with Judicial Proceedings to Thwart
Plaintiffs' Right to Participate in Lawful Appeals
by Threat Intimidation and Coercion

51. Plaintiffs have opposed the Actions, Conduct, Practices, and Polices violated the Defendants.

52. As an initial matter, On or Around December 2022, Defendants filed a Second

Notice to Vacate to - coerce, intimidate, threatens, harass - *during the Pendency* of the

eviction case which was being appealed with the Eleventh Circuit Court of Appeals

on 6/22/22 (*AMH 2014-1 Borrower, LLC ISAOA v. Catherine Smith, et al Case # 22-*

*12168*) *(Exhibit 2)*

53. The "Second Notice to Vacate*" threatened* to open a new eviction proceeding

during the *Pendency* of the Appeal with the Eleventh Circuit Court of Appeal.  Filing

a new eviction proceeding would threatened the Plaintiffs with being homeless.

54. The Second Notice to Vacate issued on  [Face of Notice] contained the following:

> [NOTICE OF TERMINATION OF MONTH-TO-MONTH TENANCY AND
> SIXTY (60) DAY NOTICE TO VACATE, OR BY TUESDAY, FEBRUARY
> 28, 2023.
> Re: Demand for Possession of Property at….30097
> [If] at the end of the thirty-day time frame, or by 11:59 p.m. on February 28,
> 2023, you fail or refuse to vacate the Premises, the Landlord will demand
> immediate possession of the Premises and an [*eviction action]* will be
> commenced seeking possession of the Premises against you for wrongful
> holdover, to also include, but not limited to, seeking any current arrears,
> reasonable attorney's fees, and litigation costs.]

55. The Plaintiffs were participating in two cases at that time.  *Smith et al v. AMH*

*2014-1 Borrower, LLC et al Case #1:22-cv-00805-SEG* … Filed 2/24/2022 and *AMH*

*2014-1 Borrower, LLC ISAOA v. Catherine Smith, et al Case # 22-12168* Filed

2/8/2022.  Plaintiffs allege the interference, threat, coercion and intimidation was

because the Plaintiffs were Participating in exercising their fair housing rights by

filing the *Notice of Removal* on the Eviction case *AMH 2014-1 Borrower, LLC*

*ISAOA v. Catherine Smith, et al Case # 22-12168* <u>Filed 2/8/2022</u>  which was removed to the *Eleventh Circuit Court of Appeals on 6/22/2022*.

56. Defendants believed they had the right during the <u>pendency</u> of the Appeal of the Eviction Case to the Eleventh Circuit court of appeals to interfere, coerce, harass and intimidate the Plaintiffs.  Dwight Smith disability was having a hard time with his disability at that time.  He was have chronic intestine inflammation along with other symptom's from multiple surgeries.

57. On 5/18/23, Defendant AMH 2014-1 BORROWER, LLC published micro aggression statement during a response to the Eleventh Circuit Court of Appeals on the pending Eviction Case, discriminatory and threating statements. (".... the lease ended in January of 2022, and a sixty (60) day notice to terminate was given in January of 2023. Appellants, published the following - Plaintiffs refuse to move and are hoping that <u>this appeal will linger in the halls of the Eleventh Circuit for a long, long time so they can keep living rent-free</u>. The intimidation, coercion, and harassment is linked to interference with the appealed eviction case.  Defendants also continued to publish false statements even though there was no evidence of criminal activity.  Defendants false stated there was criminal activity at the property on multiple statement which defendant knew was incorrect and false.

58. On 7/11/2023, Defendants sent an employee or agent to the Plaintiffs property to "Demand" a move out date. Plaintiff sent Defendants' attorney an email on 7/11/23

and 7/17/23 with "Video Proof'. The agent or employee stated ("I am from American Homes 4 Rent they have us coming by to find out do you know when you will be moving ... leaving the property." (Plaintiff Dwight Smith) I told him to contact their attorney. Defendants did not respond to the email. Plaintiffs contacted the leasing office and spoke with a manager who confirmed the adverse strong-arm policy. (Id )

59. On September 1, 2023.  Defendant filed a Motion to Compel.  The Motion to Compel was filed with the Northern District of Georgia, even though, the case was still with the Eleventh Circuit Court of Appeals.  The District Court cited the case as interference on 10/26/2023, ruling that the *Motion to Compel was filed during the Pendency of the Appeal Case*.  (Exhibit 11). The filing was (1) objectively baseless, and (2) filed with a subjective unlawful motive to abuse process and retaliate against the Plaintiffs. See Prof'l Real Estate Investors, Inc. v. Columbia Pictures Indus., Inc., 508 U.S. 49, 60 (1993. *Defendants were aware the Case was with the Eleventh Circuit Court of Appeals*.  Despite that knowledge, knowingly intended to abuse the Plaintiffs by intimation, coercion, and harassment to abandon exercising their Fair Housing Rights, Protected by the Fair Housing Act.

60. On September 15, 2023 and on 12/10/2023, Defendants filed for Eviction by making reference to the *Second Notice to Vacate*.  Although the Appeal Eviction case was dismissed on 9/15/2023 from the Appeals Court.  Defendants referred to the threat made in the Second Notice to Vacate that they would file for Eviction

during the *Pendency of the Appeal*. Defendants noted that the month-to-month

tenancy ended on 2/28/2023 which was during the Pendency of the Appeal Eviction

Case. This document was used as the initial threat to intimidate, coerce, threaten,

and harass during the around 12/28/2022. Now Defendants are using the same

information on the Second Notice to Vacate as the basis for Filing the Eviction as of

12/10/2023.

61. The updated eviction filing with the Magistrate Court of Fulton County

demonstrates that Defendants were subjectively motived to interfere with the

Eviction Appeals Case. The Objective intention is now being displayed by them

referring to the threat made during the Pendency of the case on two separate filing

with the Magistrate Court of Fulton County. On both filings, they refer to the

Second Notice to Vacate filed 12/28/2022.

62. Plaintiffs were unlawfully evicted on February 6, 2024.

## **FIRST CAUSE OF ACTION**

Fair Housing Act, 42 U.S.C. §§ 3604, 3617

63. Defendants' actions described in this Complaint amount to unlawful disability

discrimination in violation of the federal Fair Housing Act, 42 U.S.C. § 3601 et seq.

64. Defendants' actions described in this Complaint amount to unlawful disability

discrimination in violation of the federal Fair Housing Act, 42 U.S.C. § 3601 et seq.

65. Defendants injured Plaintiffs in violation of the Fair Housing Act by committing

16

the following discriminatory practices:

66. Discriminating or otherwise making housing unavailable because of a disability, in violation of 42 U.S.C. § 3604(f)(1); b.

67. Discriminating in the terms, conditions, and privileges of the sale or rental of a dwelling, or in the provision of services or facilities in connection with such dwelling, because of disability, in violation of 42 U.S.C. § 3604(f)(2); Making, printing, or publishing, or causing to be made, printed, or published any notice, statement, or advertisement with respect to the sale or rental of a dwelling that indicates any preference, limitation, or discrimination based handicap, or an intention to make any such preference, limitation, or discrimination, in violation of 42 U.S.C. § 3604(c); and

68. Retaliating or otherwise discriminating against an individual because such person has opposed any act or practice made unlawful by the Act or because such individual assisted or participated in any manner in an investigation, proceeding, or hearing under the Act; and Coercing, intimidating, threatening, or interfering with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by the Fair Housing Act, in violation of 42 U.S.C. § 3617.

69. Defendants' actions and omissions in violation of the Fair Housing Act caused Plaintiffs' injuries as detailed above.

70. Defendants' conduct were intentional, wanton, malicious, and done in reckless

disregard of the civil rights of Plaintiffs.

71. PRAYER FOR RELIEF

A. Jury Demand, Trial by Jury

B. Actual and compensatory damages sufficient to make plaintiffs whole.

C. Punitive damages against Defendants sufficient to punish them and to deter

further wrongdoing.

D. For legal interest on said sums.

E. Attorneys' fees, mediation fees, and any costs to the extent permitted by law; and

F. For such other and further relief as the Court deems just and proper against all

Defendants.

Respectfully submitted 12/27/2024,

**_CATHERINE SMITH, PRO SE_**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 DwightHLsmith@yahoo.com

**DWIGHT SMITH**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 DwightHLsmith@yahoo.com

**BRYANT SMITH, PRO SE**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 DwightHLsmith@yahoo.com

## List of Exhibits

1. Disability Affidavit

2. Disability Hospital History

3. First Notice to Vacate - Filed 3/3/20220

4. Second Notice to Vacate Filed 12/28/2022

5. Reasonable Accommodation Notices

6. Landlord Notice Regarding Incident
   4/19/2021

7. Pictures of Incident 4/19/2021

8. Explanation of Incident 4/19/2021

9. Landlord Emergency Notice to Vacate

10. Landlord Appeal Filing – Motion to Compel

11. Court Ruling on Motion to Compel

# EXHIBIT 1

### DWIGHT SMITH

### AFFIDAVIT

### HISTORY AND DIAGNONSIS OF DISABILTY

## CROHNS INTESTTINE DISEASE, PERIANAL DISEASE-ANAL FISTULA, GI BLEEDING, BLOOD IN THE STOOL, AND TERMINAL ILEITIS, HISTORY HEMATOCHEZIA.

### HOSPITALIZATION SEPTEMBER 13, 2017 – SEPTEMBER 19, 2017

On September 13, 2017, plaintiff Dwight Smith went to the emergency room at Gwinnett Medical Center, with symptoms of abdominal pain, bloody diarrhea, dizziness, and nausea and vomiting. Plaintiff Dwight Smith remained at the hospital through September 19, 2017.

**While In the emergency room, he was evaluated and diagnosed with CROHNS INTESTTINE DISEASE, PERIANL DISEASE - ANAL FISTULA, GI BLEEDING, BLOOD IN THE STOOL, AND TERMINAL ILEITIS, WHICH INCLUDED HISTORY HEMATOCHEZIA.**

About 6 month prior to hospitalization Dwight Smith had a similar very mild episode of rectal bleeding about 6 months ago that resolved on its own. Dwight Smith had occasional diarrhea and watery stool and had been losing weight over the last 3 years.

Dwight Smith was 47 year old, about 3 or 4 days prior to admission when he started having loose stools and blood mixed with stool that gradually intensified and he had an episode of vomiting that had mostly food but some pinkish tinge within it. He went to the emergency room with a hemoglobin of 5.6 and after transfusion of 3 units, it is 6. 4.

The GI bleeding was getting worse since its onset. Dwight Smith became Lightheaded, and upon arrival to the emergency department, he had a seizure-like activity, where he was twitching of the distal body for about 30 seconds. Dwight Smith complained of gas, nausea, vomiting, dizziness, and lightheadness.

*On September 14, 2017,* there was acute blood loss anemia with persistent bleeding and poor response to transfusion so far. The bleed of red blood Per the ER doctors suggests Power gastrointestinal source, the increased BUN and small

Exhibit P 31

amount of hematemesis raised the possibility of a brisk upper gastrointestinal bleed contributing.

Dr. Shorr/GI specialist examined Dwight Smith bedside upper GI endoscopy which did not reveal the source of the bleeding.  Dwight Smith was then sent for a stat bleeding scan.

The Doctor took precaution due to Leukocytosis infection by starting antibiotic such as Cipro and Flayl.

At the time of the early evalution the ER doctor determined that Dwight Smith was critically ill at this time. Early impressions was

1. Severe acute blood loss anemia

2. Lower Gastrointestinal bleeding .

3. Acute Kidney injury

4. Cardiovascular shock.

5. Possible infectious colitis.

6. Lactic acidosis.

On 9/15/2016 Dwight Smith was evaluated at bedside. He had three bloody stools overnight, some nausea and retching, no hematemesis. Hemoglobin dropped down today to 7.3, down from 7.9.  The assessment was:

ASSESSMENT :

Lower gastrointestinal bleed, Colonoscopy for concern of small bowel involvement, Ileitis with a fistula formation form the ileum to the sigmoid colon, with descending colon colitis and small absess in the left ischiorectal fossa, acute blood loss anemia, Acute Kidney injury of arrival...

At that time the ER doctor was to address the concern for Active Crohn's disease and severe inflammation.  Since Dwight Already had a colonoscopy and small bowel etiology was suggested and to begin administering steroids for the Crohn's disease.

Because of the drop in the hemoglogin level, Dwight Smith would continue to remain in the ICU.

Exhibit Pg 2

On, 9/17/2017 Dwight Smith was feeling a bit better after being on Medication and treatment for 4 days. He still had dark watery diarrhea. Hemoglobin level has slightly dropped off.

Dr. Patel of GI services assessed if the hemoglobin is stable, then likely could be discharge.

ASSESSMENT AND PLAN:
1. Gastrointestinal bleeding. The patient likely with inflammatory  bowel disease, possible crohn's. The bleeding has subsided. we will follow CBC.
2. Fistula involving the ileum and sigmoid colon. significant inflammation is all related to inflammatory bowel disease. The patient seen together with Dr. Patel. For now he is on prednisone.
3. Continue antibiotic due to the fistula and inflammation of the colitis. Long term care will be needed with gastroenterology services.

On, 9/18/2017, Dwight Smith was discharged, to follow up with a Gastroenterology within 3 to 4 weeks. Medicaiton would include Antibiotic and Steriods. Dwight Smith was Diagnosed with the following: CROHNS INTESTTINE DISEASE, PERIANAL DISEASE-ANAL FISTULA, GI BLEEDING, BLOOD IN THE STOOL, AND TERMINAL ILEITIS, HISTORY HEMATOCHEZIA

Dwight Smith was treated with various medication.

## HOSPITALIZATION DECEMBER 2017

On December 21, 2017, plaintiff Dwight Smith went to the emergency room at Gwinnett Medical Center, with symptoms of several bouts of bloody diarrhea. Plaintiff Dwight Smith was treated at discharged the following day. Dwight Smith was treated for Acute lower gastrointestinal hemorrhage, Hemorrhagic shock, Crohn's disease of intestine, Abdominal pain, and Terminal ileitis and an Anal Fistula.

## HOSPITALIZATION MAY 2018

On May 9, 2018, plaintiff Dwight Smith went to the emergency room at Gwinnett Medical Center, with symptoms of several bouts of bloody diarrhea bloody diarrhea, nausea, urgency, and discharge per rectum. Plaintiff Dwight Smith was treated at discharged the following day.

Exhibit Pg 3

## HOSPITALIZATION SEPTEMBER 2021

On September 19, 2021, plaintiff Dwight Smith went to the emergency room at Emory Johns Creek Hospital, with symptoms of abdominal pain, bloody diarrhea, dizziness, and nausea and vomiting. Plaintiff Dwight Smith remained at the hospital through September 21, 2021. Dwight Smith received a blood transfusion, colonoscopy. Dwight Smith was also treated for infections. The suspected infection was from an earlier infection during March 2021 and the underlying Crohn's disease. After discharge, Dwight Smith was instructed to follow up with Colorectal Surgeon who performed the Anal Fistula Surgery.

## FROM DECEMER 2018 – JANUARY 2022 TREATED BY GASTRELOGIST DR. KIM

From December 2018-January 2022, plaintiff Dwight Smith was treated by Gastreologist Dr. Kim. Dr. Kim treated Dwight Smith after Discharge from Gwinnet Hospital. Dr. Kim treated Dwight Smith for Acute lower gastrointestinal hemorrhage, Hemorrhagic shock, Crohn's disease of intestine, Abdominal pain, and Terminal ileitis and an Anal Fistula. Dr. Kim treated the diseases with Remicade, doses of Prednisone, and Antibiotics.

## FROM 2019 – 2021 SURGERIES – PERIANAL DISEASE

### There was 3 Surgies of a very Complex

## PRIOR FAILED PERIANAL FISULA SURGERIES WERE ON 10/2019 AND JULY 2020.

There were 3 Complex Fistula Surgeries. The Previous two Surgies Failed because of infection and inflammation. The prior two surgeries were on 10/2019 and July 2020.

**An anal fistula** is "a small channel that develops between the end of the bowel, known as the anal canal, and the skin near the anus. The end of the fistula can appear as a hole in the skin around the anushttps://www.nhs.uk/conditions/anal-fistula/ (last visited April 15, 2024).

Exh.bit Pg 4

Following each surgery there were symptoms of infections, inflammation on both sides of the anus from the infections. Infection would follow after a series of runny or watery stools or diarrhea was present. Since I had underlying conditions of Crohs from my diagnosis in September 2019. I continued taking medication treat the disease.

## March 3, 2021 Surgery

**Dwight Smith had** a very complex horseshoe fistula.

Dr. Armstrong noted During the March 3, 2021 sugery: there are 3 secondary openings in the left posterior right posterior and right anterior quadrant. The 2 . midline secondary openings communicating with a primary opening in the midline at the level of the dentate line. The right anterior secondary opening was exuding pus and a counter drain was placed in this.

Because the complexity of the fistula and anal fistula plug was necessary. The left posterior secondary opening was a long distance of therefore this was used to insert the plug. The tract was cleaned using the fistula brush. A rehydrated plug was pulled into the primary opening and sutured in place using 2-0 Vicryl sutures. The tip of the plug was excised. The base of each dissection was infiltrated with 25% Marcaine with epinephrine. At the end of the procedure there is 1 anal fistula plug in situ and encountered draining seton in the right lateral quadrant. No center tissue was divided.

On March 5, 2023, I made an emergency visit with Dr. Armstrong two days after the Surgery to report an infection. I was experiencing bloody stools, watery diarrhea, and dizziness. The Fistula area became inflamed and infected. I was given additional antibiotic medication at that time.

Exh.bit Pg5

# EXHIBIT 2

Case 1:24-cv-05965-SEG    Document 1    Filed 12/27/24    Page 27 of 136

USCA11 Case: 23-13273    Document: 15    Date Filed: 04/17/2024    Page: 31 of 126
Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

```
Gwinnett Hospital System
Coding Summary Report
Patient Name:                    SMITH,DWIGHT
MRN #:                           51153538
Account #:                       1725681420

Facility Name:                   .
Facility Code:                   110087
Financial Class:                 P,Self Pay
Payer ID:
Patient Type:                    LIA
Admit Date:                      09/13/17
Discharge Date:                  09/18/17
Discharge Disposition:           01,IP - DC - Home
Age:                             47
Sex:                             M
Attending MD:                    05141,MILLER,GREGORY
Coder:                           THCSAREITER
Coding Status:                   BillingWait
Grouper Type:
Grouper Version:
DRG:                             00386,INFLAM BOWEL DIS W CC
DRG Weight:                      0.96000
SOI:
ROM:
Analysis DRG:                    00386,INFLAM BOWEL DIS W CC
Analysis DRG Weight:             0.97030
Analysis SOI:                    0
Analysis ROM:                    0
I10 Admit DX:                         K92.2,GASTROINTESTINAL HEMORRHAGE UNS
I10 DX1:   K50.811    CROHNS DZ SM LG INTEST RECTAL BLEED       POA :  Y
I10 DX2:   R57.9      SHOCK UNSPECIFIED                         POA :  Y
I10 DX3:   N17.9      ACUTE KIDNEY FAILURE UNSPECIFIED          POA :  Y
I10 DX4:   E87.1      HYPO-OSMOLALITY AND HYPONATREMIA          POA :  Y
I10 DX5:   E87.2      ACIDOSIS                                  POA :  Y
I10 DX6:   D62        ACUTE POSTHEMORRHAGIC ANEMIA              POA :  Y
I10 DX7:   K31.5      OBSTRUCTION OF DUODENUM                   POA :  Y
I10 DX8:   A09        INF GASTROENTERITIS & COLITIS UNS         POA :  Y
I10 DX9:   K61.3      ISCHIORECTAL ABSCESS                      POA :  Y
I10 DX10:  K50.813    CROHNS DZ BOTH SM LG INTEST W/FIST        POA :  Y
I10 DX11:  G40.909    EPILEPSY UNS NOT INTRACT W/O SE           POA :  Y
I10 DX12:  K25.9      GASTR ULCR UNS AC/CHRN W/O HEM/PERF       POA :  Y
I10 DX13:  R31.9      HEMATURIA UNSPECIFIED                     POA :  Y
I10 DX14:  R73.9      HYPERGLYCEMIA UNSPECIFIED                 POA :  Y
I10 DX15:  E86.0      DEHYDRATION                               POA :  Y
I10 DX16:  R00.0      TACHYCARDIA UNSPECIFIED                   POA :  Y
I10 DX17:  K22.2      ESOPHAGEAL OBSTRUCTION                    POA :  Y
I10 PX1:   0W3P8ZZ    CONTROL GASTROINTEST NAT/ART ENDO         09/14/17
Modifiers:              Surgeon:  01881,SCHORR,SCOTT
I10 PX2:   0DJD8ZZ    INSPECTION LW INTESTINAL TRACT ENDO       09/14/17
Modifiers:              Surgeon:  01881,SCHORR,SCOTT
```

OneContent: Generated By NS\e995168    Generated On: 05/24/2022 09:04

Tachycardic, regular rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Nondistended, nontender. Bowel sounds present in all 4 quadrants, normoactive. Bright red blood at the rectum with clotsExtremities: Pulses 1+ throughout. Capillary refill greater than 2 seconds. Nailbeds appear pale.

LABORATORY DATA: Medical drug screen negative. Lactic acid 4.0. White blood cell count 21.9, hemoglobin 5.6, hematocrit 17.5, platelets 302. UA shows 2+ occult blood, 31 red cells, 5 white cells. PTT 20.7, PT 15.8, INR 1.5. Sodium 133, potassium 3.7, chloride 103, bicarbonate 20.5, BUN 32, creatinine 1.5, glucose 223, calcium 7.0, bilirubin 0.3, albumin 2.2. AST 7, ALT 4, alkaline phosphatase 52, GFR greater than 60.

IMAGING: None.

ASSESSMENT:
1. Gastrointestinal bleed.
2. Anemia.
3. Hematuria.
4. Elevated INR.
5. Hyponatremia.
6. Hyperglycemia.
7. Acute kidney injury.
8. Possible sepsis.
9. Metabolic acidosis.
10. Dehydration.
11. Seizure-like activity/syncope.

PLAN:
1. Neurologic: Seizure-like activity versus syncope. This was likely a single episode secondary to vasovagal response due to patient's GI bleed and dehydration. We will continue to monitor for any further seizure activity, and if patient does have what appears to be a seizure, will obtain an EEG.
2. Cardiovascular:
a. The patient is tachycardic and hypotensive. Currently, bolusing with 1 liters of lactated Ringer's. The patient also receiving 2 units of packed red blood cells and we expect his blood pressure and heart rate to improve with this resuscitation. Reassess for further need for red blood cell resuscitation after the second unit.
b. Will continue patient on maintenance fluids of normal saline at 250 mL/hour after the bolus is complete.
3. Pulmonary: The patient is stable on room air. Will continue to monitor closely for any respiratory compromise, as patient is very anemic.
4. Fluids/Electrolytes/Nutrition:
a. GI bleed. Protonix 80 mg IV and Pepcid 20 mg IV. Will also start a Protonix drip.
b. Place NG tube.
c. Hemoccult test on gastric fluid contents.
d. Dr. Shore from GI has been consulted.
e. Continue aggressive fluid resuscitation and supportive care.
f. One liter bolus of lactated Ringer's, followed by 250 mL/hour of normal saline.
g. N.p.o.
5. Hyponatremia: Will reevaluate after fluid resuscitation.
6. Renal:
a. Acute kidney injury. Continue aggressive fluid resuscitation and monitor for improvement with morning labs.
b. Occult blood and red blood cells in urine.
7. Heme/ID:
a. Patient meets SIRS criteria. Will obtain blood cultures and will start Flagyl and Cipro.

Exhibt Pg 2

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

b. Narrow antibiotic therapy when cultures return.
c. Obtain CBC in the morning to monitor white blood cell count.
8. Anemia: The patient is receiving 2 units of packed red blood cells in the
emergency department. Obtain H and H after the second unit and then serial H
and H q.4 hours for 24 hours. Transfuse again if needed.
9. INR 1.5: Patient given vitamin K subcutaneously.
10. Venous thromboembolism prophylaxis: SCDs.
11. Gastrointestinal prophylaxis: Protonix drip.
CODE STATUS: FULL CODE.

DISPOSITION: The 47-year-old male with no past medical history presenting with
acute gastrointestinal bleed with bright red blood per rectum and hematemesis.
He will be transferred to the ICU and started on aggressive fluid resuscitation,
as well as PRBC transfusion. GI has been consulted. Will obtain abdominal CT
angiogram and/or bleeding scan when the patient is more stable and depending on
GI's recommendations.

 Patient seen, examined, labs
and images reviewed. GLM
 cc time 38 min


/Proscript
Dictated by  KELSEY GUERRESO, MD for: GREGORY MAULDIN, MD
Dictation Date: 09/14/2017 12:38:20 AM EST
Transcription Date: 09/14/2017 01:21:18 AM EST
Job ID:  145-14570577

--
--
Dictated by KELSEY GUERRESO MD for: GREGORY MAULDIN MD
Dictation Date: 201709140038 Transcription Date: 201709140122 Job ID: 14570577
Electronically Authenticated and Edited by:
GREGORY MAULDIN MD 1206 On 09/14/2017 06:46 AM EDT

)

Exhibit Pg 3

OneContent Generated By NS\e995168  Generated On: 05/24/2022 09:05

Case 1:24-cv-05965-SEG    Document 1    Filed 12/27/24    Page 30 of 136

USCA11 Case: 23-13273    Document: 15    Date Filed: 04/17/2024    Page: 34 of 126
Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

GWINNETT MEDICAL CENTER

Consultation


PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
DOS: 09/14/2017
ROOM#:

CONSULTANT: SCOTT W SCHORR, MD
REFERRING PHYSICIAN: GREGORY MAULDIN, MD

IMPRESSION:
1. Gastrointestinal bleed; though, red blood suggests lower gastrointestinal
source, the increased BUN and small amount of hematemesis raise the possibility
of a brisk upper gastrointestinal bleed contributing.
2. Acute blood loss anemia with persistent bleeding and poor response to
transfusion so far.

RECOMMENDATIONS:
1. Agree with serial H and H, IV fluids, n.p.o. and resuscitation measures.
2. EGD to rule out upper GI source.
3. Bleeding scan if EGD proves unrevealing.
4. Colonoscopy can be considered if bleeding scan is positive.
5. Consider surgical input in light of significant nature of active bleeding.

HISTORY OF PRESENT ILLNESS: The patient is a 47-year-old male, previously in
good state of health until 3 or 4 days prior to admission when he started
having loose stools and blood mixed with stool that gradually intensified and
he had an episode of vomiting that had mostly food but some pinkish tinge
within it. He came to the Emergency Room. An NG tube was placed, which showed
some pinkish secretions that were gastric occult positive but rapidly cleared.
He came in with a hemoglobin of 5.6 and after transfusion of 3 units, it is
only 6.4. His BUN at admission was 33 with creatinine 1.5 and this morning, it
is 33 and 1.1. The patient denies any prior history of ulcers, indigestion.
He does not take NSAIDs and has no prior GI history.

PAST MEDICAL HISTORY: Otherwise unremarkable.

MEDICATIONS: He is on no medications.

ALLERGIES: No known drug allergies.

PAST SURGICAL HISTORY: None.

PREVIOUS HOSPITALIZATIONS: None.

SOCIAL HISTORY: Does not drink or smoke. He is married and lives with his
wife.

FAMILY HISTORY: Noncontributory.

PHYSICAL EXAMINATION: General Appearance: He is a well nourished male, in no
acute distress. Vital signs: Per nursing flow sheet. HEENT: Pupils are equal.
Neck: Supple. Heart: Regular rate and rhythm without murmur, gallop or rub.
Lungs: Clear to auscultation and percussion. Abdomen: Soft, scaphoid abdomen,
nontender, nondistended without hepatosplenomegaly. Genitourinary: Deferred.

Exhibit Pg 4

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

Musculoskeletal: Shows no cyanosis, clubbing or edema. Neurologic: Alert, oriented and nonfocal.

LABORATORY DATA: Hemoglobin 5.6, hematocrit 18, after 3 units, 7.4 and 23, down to 6.4 and 19 this morning. LFTs normal.

/Proscript
Dictated by  SCOTT W SCHORR, MD for: SCOTT W SCHORR, MD
Dictation Date: 09/14/2017 08:36:51 AM EST
Transcription Date: 09/14/2017 09:05:51 AM EST
Job ID:  145-14570709

--
--
Dictated by SCOTT SCHORR MD for: SCOTT SCHORR MD
Dictation Date: 201709140836 Transcription Date: 201709141137 Job ID: 14570709
Electronically Authenticated by:
SCOTT W SCHORR MD 1881 On 09/25/2017 08:36 AM EDT

Exhibit P₀ 5

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 32 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 36 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

GWINNETT MEDICAL CENTER

Endoscopy Report

PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
DOS: 09/14/2017
ROOM#:

SURGEON:   SCOTT W SCHORR, MD

PROCEDURE PERFORMED:   Colonoscopy.

INDICATIONS FOR PROCEDURE:   Massive GI bleed, rule out lower GI source.

DESCRIPTION OF PROCEDURE:   Risks and benefits of the procedure were explained
to the patient and his wife.  Those risks included bleeding, perforation,
dilatation, aspiration and phlebitis.  They both voiced understanding and the
wife gave informed consent.  He was premedicated with Fentanyl 125 mcg and
Versed 6 mg.  Digital rectal exam showed significant perianal scarring but
normal sized prostate.  Using a video Olympus colonoscope, it was advanced
gently into the rectum and advanced to the cecum with some difficulty secondary
to an ectatic and redundant colon and copious amounts of adherent clotted blood
debris spread evenly throughout the colon.  The appendiceal orifice and
ileocecal valve are both identified but the terminal ileum could not be
intubated due to bowel tortuosity and looping.  The scope was gradually
withdrawn and with careful washing of surfaces then with partial clearing
revealing a significantly limited exam but showing no overt lesions, no
diverticulosis, no neoplasia or AVMs or fresh blood but the entire colon did
have residual old blood throughout all the way down to the rectum.
Retroflexion was not performed.  The colon was decompressed.  The patient
tolerated the procedure well.

IMPRESSION:  Pan colonic old blood from the cecum to the rectum highly
suggestive of a small bowel etiology.  A Meckel diverticulum or other
diverticula of the small bowel or arteriovenous malformation or aneurysm or
vascular lesion is possible.

RECOMMENDATION:
1. CT scan of the abdomen and pelvis with IV and oral contrast.
2. Meckel scan once bleeding scan marker has been cleared.
3. Capsule endoscopy as an outpatient if these tests do not reveal a bleeding
source.

/Proscript
Dictated by  SCOTT W SCHORR, MD for: SCOTT W SCHORR, MD
Dictation Date: 09/14/2017 06:49:08 PM EST
Transcription Date: 09/14/2017 08:25:12 PM EST
Job ID:  145-14571682

--
--
Dictated by SCOTT SCHORR MD for: SCOTT SCHORR MD
Dictation Date: 201709141849 Transcription Date: 201709142025 Job ID: 14571682

Exhibit R 6

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

Gwinnett Hospital System
1000 Medical Center Boulevard, Lawrenceville, GA 30045
678-312-4440

Radiology Consultation Report

Patient Name:  SMITH, DWIGHT                      DOB: 06/09/1970
Medical Record Number: 51153538                  Account:  1725681420
Patient Location: GMC - ICU - WEST               Room/Bed: I201

Procedure: CT ABD/PELVIS WITH CONTRAST           Accession #: 7937724
Ordered By: SCOTT W. SCHORR M.D.                 Ordered: 09/14/2017 18:51
Date of Service: 09/14/2017 20:14

Page 2                                           Final


Portal vein, SMV and splenic vein appear grossly patent. Aorta is normal
in caliber. Shotty scattered lymph nodes.

Foley catheter present within the bladder, which contains air. Mild
bladder wall thickening. Prostate gland and seminal vesicles are
unremarkable.

OSSEOUS STRUCTURES/SOFT TISSUES: No aggressive osseous lesions
identified.


IMPRESSION:

1. Abnormal segmental wall thickening of the terminal ileum. Findings
are concerning for ileitis, likely related to inflammatory bowel disease
(i.e. Crohns disease). There appears to be fistulization of the terminal
ileum to the sigmoid colon.

2. Segmental thickening of the descending colon, concerning for ongoing
colitis.

3. Presumed small abscess within the left ischiorectal fossa. Probable
collapsed/scarring perianal fistulae bilaterally, extending into the
ischioanal fat and the gluteal soft tissues.

4: Extremely dense, almost metallic radiodensity within the duodenum,
nonspecific, correlate for history of ingested foreign body or recent
procedure/clipping.

5. Distention of the small and large bowel, could be related to recent
endoscopic procedure with bowel insufflation, but some degree of ileus
or mechanical incomplete obstruction cannot be excluded.

6. Other incidental findings, as above.


Exhibit Pg 7

Case 1:24-cv-05965-SEG    Document 1    Filed 12/27/24    Page 34 of 136

USCA11 Case: 23-13273    Document: 15    Date Filed: 04/17/2024    Page: 38 of 126
Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

GWINNETT MEDICAL CENTER

Progress Note

PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
DOS: 09/15/2017
ROOM#:

SUBJECTIVE: Overnight, the patient is resting comfortably. He is in no acute distress. There appears to be no evidence of any active ongoing hemorrhage. He has been hemodynamically stable following resuscitative efforts on yesterday.

OBJECTIVE: Current vital Signs: Temp 98.8, pulse 89, blood pressure is 118/69, respirations 21, oxygen saturation is 98%. Input And Output: 4,350 in, versus 1,605 out. He is positive 2,755. Urine output was 1,505. He has had multiple documented bowel movements and some emesis, but no documented persistent bloody clots this morning. Lungs: Breath sounds clear to auscultation bilaterally. Heart: Regular rate and rhythm with no murmurs, rubs or gallops. Abdomen: Soft, minimally distended, nontender to palpation. No masses, guarding or rebound is appreciated.

LABORATORY RESULTS: This morning, white count 17.3 which is down, H&H 6.9 and 19.9, which appears to be related to possible hemodilution, platelet count 188. Sodium 134, potassium 3.9, chloride 105, bicarbonate 23.8, BUN of 20, creatinine 1.1, and glucose 146. Calcium is 7.1. Ionized calcium was not checked. LFTs are within normal limits. Lactic acid was not repeated this morning. Coagulations are within normal limits.

Review of colonoscopy results from yesterday revealed pancolonic blood with presumed source of bleeding from a small bowel location. CT scan of the abdomen was performed with contrast, which did show evidence of segment wall thickening of the terminal ileum concerning for ileitis related to inflammatory bowel disease with visualization of terminal ileum to the sigmoid colon. There is segmental thickening of the descending colon concerning for ongoing colitis as well. Suspect a small abscess in the left ischiorectal fossa.

ASSESSMENT AND PLAN: This is a 47-year-old male who presents with a history of lower gastrointestinal bleed with CT findings suggestive of fistulizing inflammatory bowel disease likely concerning for Crohn terminal ileitis/colitis.

PLAN: I did speak with the gastroenterology team lead by Dr. Patel today At this point, the patient does appear to be exhibiting symptoms consistent with active Crohn disease with the concern for active ongoing inflammatory bowel disease. The patient obviously is not an optimal candidate for surgical intervention as _____ high risk of complications. The plan is to approach this from a standpoint of medical management with aggressive initiation of IV steroids to suppress the inflammatory response and subsequent immune modulated therapy to follow. Once the patient's acute inflammatory process has been controlled, surgical intervention in lieu of any ongoing complications may be reasonable in the future. For now, however, we will attempt to avoid surgical intervention, which would be a highly more of a procedure in the setting of his ongoing inflammation. An additional imaging study has been requested with a small-bowel follow-through study to determine if there is any additional sources of inflammation or if there is any potential mass that might require more urgent intervention prior to initiation of IV steroids by the GI team. For now, we

Exhibit Pg 8

Case 1:24-cv-05965-SEG    Document 1    Filed 12/27/24    Page 35 of 136

USCA11 Case: 23-13273    Document: 15    Date Filed: 04/17/2024    Page: 39 of 126
Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

GWINNETT MEDICAL CENTER

Critical Care Progress Note


PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
DOS: 09/15/2017
ROOM#:

SUBJECTIVE:  Patient seen and evaluated at bedside. He reports three melanotic
stools overnight, some nausea and retching, no hematemesis.  Hemoglobin dropped
down today to 7.3, down from 7.9. He denies chest pain or shortness of breath on
room air.

OBJECTIVE: Vital Signs: Temperature 98.5 degrees Fahrenheit, heart rate 81 beats
per minute, blood pressure 128/74, respiratory rate 15, O2 sat is 100% on room
air.  Input 4360, output 1605 for a net positive of 2755.  General: Alert and
oriented x3.  No significant physical or respiratory distress.  HEENT:
Normocephalic, atraumatic.  Pupils are equal, round and reactive to light and
accommodation.  No scleral icterus, mild conjunctival pallor.  Dry mucous
membranes.  No thyromegaly or lymphadenopathy appreciated.  Heart: Regular rate
and rhythm.  No murmurs, rubs or gallops.  Lungs: Clear to auscultation in the
anterior and posterior lung fields bilaterally.  Abdomen: Was soft, nontender,
nondistended.  Hypoactive bowel sounds noted.  No rebound tenderness or
guarding.  During the exam patient was repeatably hiccuping.  Extremities:
Negative edema in the feet bilaterally.  No signs of skin rashes, excoriations,
bruising, clubbing, cyanosis, or muscular atrophy.  A bilateral SCD device
noted.


LABS:  WBC count 17.3, down from 21.9, hemoglobin 10.3 down from 10.9, platelets
188.  Sodium 134, potassium 3.9, chloride 105, bicarb 24, BUN is 20, creatine
1.1, down from 1.5.  Serum glucose 146.  Albumin 2.1.

ASSESSMENT:
1. Lower gastrointestinal bleed, status post
esophagogastroduodenoscopy/colonoscopy, with concern for possible small bowel
involvement either Meckel diverticulum versus arteriovenous malformation versus
aneurysm versus vascular lesions with a possible new diagnosis of Crohn's
disease. (Patient has family history of Crohn's.)
2. Ileitis with a fistula formation from the ileum to the sigmoid colon, with
descending colon colitis and small abscess in the left ischiorectal fossa.
3. Acute blood-loss anemia, melanotic stools, with hemoglobin 7.3, and negative
bleeding scans on 9/14/207.
4. Hemorrhagic shock on admission, currently stable, not on vasopressors.
5. Acute kidney injury on arrival, since it, likely due to hemorrhagic shock,
current creatine 1.1, down from 1.5.

PLAN:
1. Gastrointestinal.  Patient was seen by Dr. Toussaint from surgery today.
After speaking with him feels that this patient would not be a good surgical
candidate, especially if there is concern for active Crohn's disease and severe
inflammation. We will speak to Dr. Amel Patel, in regards to any additional
plan versus starting the patient on steroids for possible Crohn's disease.
Current gastrointestinal bleeding is favoring possibly a small bowel etiology
since the patient underwent an esophagogastroduodenoscopy and a colonoscopy

Exhibit Ps 9

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

yesterday with pancolonic old blood seen from the cecum to the rectum. Pending
lower gastrointestinal series as well as from Dr. Amel Patel as seen in the
patient's chart. NPO until completion of the small-bowel follow through series.
Hemoglobin is currently 6.9 down from 7.3, could be dilutional. The patient is
asymptomatic, but we may go ahead and give him an additional unit of blood if he
continues to drop or becomes hypoxemic.
2. Infectious disease. Patient is currently on Flagyl and ciprofloxacin for his
abscess as well as well colitis and ileitis. Continue current antibiotic
regimen, _____. Continue fluid resuscitation normal saline, may decrease flow
rate.
3. Neurological, no issues.
4. Cardiovascular. Current hemodynamics are relatively stable with a MAP
greater then 65, off of any vasopressors. Continue fluid resuscitation and
replace blood products due to gastrointestinal bleed. Monitor hemodynamics. 5.
Pulmonary: No issues.
6. Genitourinary. Urine culture so far are
negative. No other issues.
5. Gastrointestinal prophylaxis: Protonix 40 mg twice a day.
6.
Deep vein thrombosis prophylaxis: Bilateral sequential compression devices
given his acute gastrointestinal bleed. Will hold off on any anticoagulation.

DISPOSITION: .Given his continues drop in his hemoglobin will keep him in the
ICU for an extra day and keep a close eye on his hemodynamics. Possible
downgrade tomorrow after he undergoes a small-bowel follow-through over here in
the ICU, as well as after starting him on steroids if Dr. Amel Patel agrees.

*ATTENDING ADDENDUM*
I HAVE SEEN AND EXAMINED PATIENT 9/15/17 IN
ICU AROUND 9AM AND HAVE DISCUSSED PLAN OF CARE WITH DR. ALI. I AGREE WITH ABOVE
ASSESSMENT AND PLAN, HAVING EDITED IT TO REFLECT MY
OWN.

I HAVE REVIEWED CHART, LABS, AND IMAGING AND
DISCUSSED WITH NURSING AND RESPIRATORY THERAPIST.

NO
CRITICAL CARE TIME.

SUSAN M. MUCHA, MD

/Proscript
Dictated by SHOHEB ALI, MD for: SUSAN M MUCHA, MD
Dictation Date: 09/15/2017 12:30:54 PM EST
Transcription Date: 09/15/2017 01:03:05 PM EST
Job ID:  145-14572227

--
--
Dictated by SHOHEB ALI MD for: SUSAN MUCHA MD
Dictation Date: 201709151230 Transcription Date: 201709151322 Job ID: 14572227
Electronically Authenticated and Edited by:
SUSAN M MUCHA MD 17973 On 10/05/2017 04:22 PM EDT

Exhibt Pg 10

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

GWINNETT MEDICAL CENTER

Progress Note

PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
DOS: 09/17/2017
ROOM#:

SUBJECTIVE: The patient is feeling a bit better. He still has dark watery
diarrhea. Hemoglobin level has slightly dropped off. Case discussed with Dr.
Patel of GI services. Plan is to repeat CBC. If hemoglobin is stable, then
likely he can be discharged to home tomorrow. Again, patient without
significant pain. No nausea, vomiting.

PHYSICAL EXAMINATION: Vital Signs: Temperature 98.6, pulse 83, blood pressure
116/67, pulse ox 100%, respiratory rate is 18. General: Patient calm in bed in
no acute distress. Cardiovascular: Regular rate and rhythm. Lungs: Clear. No
significant wheezing or crackles. Abdomen: Slightly firm but no tenderness
now. No guarding or rebound. Skin: Warm and dry.

LABORATORY DATA: BUN is 10, creatinine is 0.9. White count 16.3, hemoglobin
is 8.1 platelets 267.

ASSESSMENT AND PLAN:
1. Gastrointestinal bleeding. The patient likely with inflammatory ____
bowel disease, possible Crohn's. The bleeding has subsided. We will follow
CBC.
2. Fistula involving the ileum and sigmoid colon. Significant inflammation is
all related to inflammatory bowel disease. The patient seen together with Dr.
Patel. For now he is on prednisone. However, another form of steroids may be
provided, which will be available as an outpatient to use from the office of
Dr. Patel. We will follow up with their recommendation tomorrow. If
hemoglobin is stable, then he can be discharged.
3. Suspicion of metallic item noted on CT scan. This may be the Endoclip that
was placed by Dr. Shore. Defer to gastroenterology services.
4. Continue empiric antibiotics due to the fistula and inflammation colitis,
slowly improving in his condition. Long-term care will be needed with
gastroenterology services. Plan for discharge tomorrow if hemoglobin is stable.

/Proscript
Dictated by  JAMES S LEE, MD for: JAMES S LEE, MD
Dictation Date: 09/17/2017 05:55:05 PM EST
Transcription Date: 09/17/2017 06:12:40 PM EST
Job ID:  145-14574439

--
--
Dictated by JAMES S LEE MD for: JAMES S LEE MD
Dictation Date: 201709171755 Transcription Date: 201709171813 Job ID: 14574439
Electronically Authenticated by:
JAMES S LEE MD 08487 On 09/19/2017 04:42 PM EDT

Exhibit Pg 11

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

SMITH, DWIGHT
Gwinnett Medical Center Lawrenceville
FROM: 09/13/17 03:20 TO: 09/14/17 03:20
ROOM: I201-O  ADM: 09/13/17 22:24
AGE: 47Y  SEX: M  MD: MAULDIN, GREGORY L
DOB: 06/09/1970 ID: 1725681420  MR: 51153538
REQUESTED:09/14/17 03:20 (RKB)
OPT OUT:

OrderNotes - **SMITH, DWIGHT**
DEPT: **MIW** ROOM: **I201-O** MR: **51153538**
Ordered by: EDMD HALL, JERRY K
Entered by: RN BATRA, RAVEESH K - 09/14/17 03:20
Order mode: Written - Session Id:23736634

**ALLERGY**

| Charted | Allergy name | Type | Reaction | Severity Comment |
|---------|--------------|------|----------|------------------|
| 02/07 18:21 | No Known Allergies | Miscellaneo-us Allergy | | |

**DIAGNOSIS**

ACUTE LOWER GASTROINTESTINAL HEMORRHAGE†

**HBODEPT**

| Ord# Action | Order Name | Freq | Priority | Duration | Start | Stop |
|-------------|-----------|------|----------|----------|-------|------|
| 81 Started | RBAV RBAV Method: Written Orders/RBAV Not Required | ONCE | ROUTINE | 1 Time | 09/14 03:20 | 09/14 03:20 |

**LAB**

| Ord# Action | Order Name | Freq | Priority | Duration | Start | Stop |
|-------------|-----------|------|----------|----------|-------|------|
| 80 Started | Lactic Acid Blood | ONCE | STAT | 1 Time | 09/14 03:19 | 09/14 03:19 |

Exhibit Pg 12

MD Signature (date) __/__/__ : _____

LAST PAGE

Page 1 

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 39 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 43 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

GWINNETT MEDICAL CENTER

Discharge Summary

PATIENT: SMITH , DWIGHT
VISIT #: 1725681420
MR#: 51153538
DOB: 06/09/1970
ADMITTED: 09/13/2017
DISCHARGED: 09/18/2017
ROOM#:

DISCHARGE DIAGNOSES:
1. Gastrointestinal bleed, most likely secondary to inflammatory bowel disease,
possible Crohn's. Patient currently stable, tolerating diet and cleared for
discharge by Gastroenterology. He will be discharged home on tapering doses of
prednisone and follow up with Gastroenterology in 3 to 4 weeks.
2. /sigmoid colon, discharged on oral course of antibiotics for 14 days. He
will need followup and probably repeat imaging.
3. Suspicion of metallic item noted on CT scan. This may be the _____ defer
to Gastroenterology Services.

DISCHARGE MEDICATIONS: Please see MAR.

DISCHARGE ACTIVITY: As tolerated.

DISPOSITION: Home.

FOLLOW UP: As mentioned above with Gastroenterology.

DIAGNOSTIC DATA: Reviewed. Potassium is 3.3 and replaced. White count is 19,
yesterday it was 16. However, hemoglobin remains stable. It was felt that the
white count was related to steroid use.
VITAL SIGNS: Stable. Afebrile. Blood pressure 110/68.

PHYSICAL EXAMINATION: General: He is alert, awake, in no acute distress.
Heart: S1, S2. Regular. Lungs: Clear. Abdomen: Benign, slightly distended,
bloated. Extremities: Lower extremity no edema, palpable pulses. Skin: Is
warm and dry with no rashes or edema.
The patient does not seem to have a primary care physician or any other
physician, and he wants me to send a note about discharge.

TIME SPENT: More than 30 minutes.

/Proscript
Dictated by LUMINITA "DANA" NEACSU, MD for: LUMINITA "DANA" NEACSU, MD
Dictation Date: 09/18/2017 02:56:25 PM EST
Transcription Date: 09/18/2017 10:31:28 PM EST
Job ID: 145-14575275
           (
--
--
Dictated by LUMINITA "DANA" NEACSU MD for: LUMINITA "DANA" NEACSU MD
Dictation Date: 201709181456 Transcription Date: 201709182231 Job ID: 14575275
Electronically Authenticated by:

Exhibit P-13

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

```
                          GWINNETT HOSPITAL SYSTEM
                1000 MEDICAL CENTER BLVD. LAWRENCEVILLE, GA 30046
                    Robert Siegel, MD - Laboratory Director
   PAGE:   17
   NAME: SMITH, DWIGHT                                  AGE : 47Y      SEX: M
   MR# : 51153538              LOC: N5E                 ROOM: N5620
   ACCT: 1725681420            DR : Miller MD, Gregory F      CODE: 5141
```

**************************** OTHER TESTS ***************************.*

09/13/17
  2257  DISPENSE RED CELLS /TRANSFUSION
        BLOOD COMPONENT TYPE
                          RED BLOOD CELLS (PACKED CELLS)
        UNITS ORDERED         1
        CROSSMATCH EXPIRATION
                          09/16/2017

09/13/17
  2257  DISPENSE RED CELLS/TRANSFUSION
        BLOOD COMPONENT TYPE
                          RED BLOOD CELLS (PACKED CELLS)
        UNITS ORDERED         1
        CROSSMATCH EXPIRATION
                          09/16/2017

09/13/17
  2257  DISPENSE RED CELLS TRANSFUSION
        BLOOD COMPONENT TYPE
                          RED BLOOD CELLS (PACKED CELLS)
        UNITS ORDERED         1
        CROSSMATCH EXPIRATION
                          09/16/2017

09/15/17
  1327  DISPENSE RED CELLS/TRANSFUSION
        BLOOD COMPONENT TYPE
                          RED BLOOD CELLS (PACKED CELLS)
        UNITS ORDERED         1
        CROSSMATCH EXPIRATION
                          09/16/2017

09/13/17
  2257  Transfusion Record
        UNIT NUMBER           W200317082568
        BLOOD COMPONENT TYPE
                              PC ADSOL LEUKOREDUCED
        UNIT DIVISION         00
        TRANSFUSIONIST        GHS.GHSNET.ORG,RBATRA
        TRANSFUSION START DATE/TIME
                              09/14/2017,03:12
        TRANSFUSION END DATE/TIME
                              09/14/2017,04:56
        AMOUNT OF BLOOD GIVEN
                              315
        REACTION DATE/TIME   09/14/2017,04:55
        REACTIONS             NONE

09/13/17
  2257  Transfusion Record
        UNIT NUMBER           W200317051229
```

                                    <<RESULTS CONTINUED ON NEXT PAGE>>
                          CONTINUED                                    CONTINUED
   PAGE:   17
   DWIGHT SMITH                            H #: 51153538
   FINAL CHART COPY                        LOC: N5E      RM: N5620

Exhibit P.g 14

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

```
                              GWINNETT HOSPITAL SYSTEM
                   1000 MEDICAL CENTER BLVD. LAWRENCEVILLE, GA 30046
                       Robert Siegel, MD - Laboratory Director
    PAGE:   18
    NAME: SMITH,DWIGHT                                     AGE : 47Y      SEX: M
    MR# : 51153538               LOC: N5E                  ROOM: N5620
    ACCT: 1725681420             DR : Miller MD,Gregory F       CODE: 5141


    *************************** OTHER TESTS ***************************

    Transfusion Record              <<CONTINUED FROM PREVIOUS PAGE>>
      BLOOD COMPONENT TYPE
                             PC ADSOL LEUKOREDUCED
      UNIT DIVISION          00
      TRANSFUSIONIST         GHS.GHSNET.ORG,RBATRA
      TRANSFUSION START DATE/TIME
                             09/14/2017,06:53     .
      TRANSFUSION END DATE/TIME
                             09/14/2017,07:16
      AMOUNT OF BLOOD GIVEN
                             350
      REACTION DATE/TIME     09/14/2017,07:16
      REACTIONS             NONE
09/13/17
    2257  Transfusion Record
      UNIT NUMBER            W203617495769
      BLOOD COMPONENT TYPE
                             PC ADSOL LEUKOREDUCED
      UNIT DIVISION          00
      TRANSFUSIONIST         GHS.GHSNET.ORG,JBOYD
      TRANSFUSION START DATE/TIME
                             09/14/2017,08:02
09/13/17
    2257  Transfusion Record        .
      UNIT NUMBER            W201217376204
      BLOOD COMPONENT TYPE
                             PC ADSOL LEUKOREDUCED
      UNIT DIVISION          00
      TRANSFUSIONIST         GHS.GHSNET.ORG,SBURG
      TRANSFUSION START DATE/TIME
                             09/15/2017,13:49
      TRANSFUSION END DATE/TIME
                             09/15/2017,16:06
      AMOUNT OF BLOOD GIVEN
                             350
                             .
```

END OF REPORT                                                    END OF REPORT

PAGE:   18
DWIGHT SMITH                              R #: 51153538
FINAL CHART COPY                          LOC: N5E      RM: N5620

Exhibt Pr 15

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

51153538 SMITH, DWIGHT  1725681420

## Gwinnett Hospital System

1000 MEDICAL CENTER BLVD  LAWRENCEVILLE GA 30046
3620 HOWELL FERRY RD  DULUTH GA 30096
Robert Siegel M D  Laboratory Director

### Blood Bank Unit Tag

Sent on ice
Date/Time of Signout ___09/13/17___
2253

| | |
|---|---|
| Pt Name | SMITH, DWIGHT |
| MRN. | 51153538   1725681420 ACC# |
| Pt type | |
| Gender | M |
| Unit # | W2003 17 098085 Match with Bag # |
| Unit type | O-POSITIVE   Unit div  DO |
| Component | PC ADSOL LEUKOREDUCED |
| Volume | 350   ML   Tech   RH |
| Unit exp | 10/16/2017   Date   09/13/20 17 |
| Crossmatch | ISSUED WITHOUT CROSSMATCH (PHYSICIA |

Pretransfusion Instructions
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LOC   MER
ACC   Wb7181

### TRANSFUSION ADMINISTRATION RECORD

Has BLOOD CONSENT been verified?  ☒ Yes   ☐ No
I have identified the intended recipient by armband and compared
this with the blood label and with the unit identification
I certify these are correct

Transfusion started by __Jamie Burg RN__
Witness __William Denner ED__
BEGIN ADMINISTRATION WITHIN 30 MINUTES OR RETURN TO BLOOD BANK

Date Started __9-13-17__   Time Started __2303__
Time completed __2340__   Amount transfused 1/4 ☐
                                          1/2 ☐
Completed by __Jamie Berger RN__   3/4 ☐
                                     All ☒

### EMERGENCY RELEASE

This unit of blood is issued as an emergency
procedure  In my professional opinion his or her life
would be endangered by postponing transfusion
until the completion of routine compatibility tests

_____ MD
___ O group packed cells uncrossmatched
___ ABO compatible with incomplete crossmatch

| | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|---|---|---|---|---|---|---|---|---|
| Temp | 99.1 | 98.7 | 97.7 | | | | | 100.2 |
| Pulse | 125 | 117 | 102 | | | | | 108 |
| Resp | 24 | 20 | 18 | | | | | 18 |
| B/P | 113/53 | 123/63 | 114/57 | | | | | 100/56 |

Adult Transfusion Guidelines Pretrans 5 min 15 min Completion
Neonatal Transfusion Guidelines Pretrans 5 min 15 min 30 min 1 hour 2 hour 3 hour Completion

Reaction  ☐ Yes  ☒ No

Blood Product Returned to Blood Bank _____
Returned by _____
Date/Time returned _____
Okay to reissue  ☐ Yes  ☐ No

### IN THE EVENT OF A REACTION

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY
2  Keep I V  open with normal saline

3  Notify physician and Blood Bank IMMEDIATELY
4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK



1-989   1 989 (Rev 03/2014)

Exhibit Ps 14

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1725681420

51153538 SMITH, DWIGHT  1725681420

◯    ◯    ◯    ◯    ◯

**◊Gwinnett Hospital System**

1000 MEDICAL CENTER BLVD  LAWRENCEVILLE GA 30046
3620 HOWELL FERRY RD  DULUTH  GA 30096
Robert Segel M D  Laboratory Director

**Blood Bank Unit Tag**

Sent on ice _____
Date/Time of Signout ___09/14/17___
0258

| | |
|---|---|
| Pt Name | SMITH, DWIGHT |
| MRN | 51153538    1725681420 ACC# |
| Pt type | O-POSITIVE |
| Gender | M |
| Unit # | W2003 17 082568 Match with Bag # |
| Unit type | O-POSITIVE    Unit div DO |
| Component | PC ADSOL LEUKOREDUCED |
| Volume | 350  ML    Tech  KC |
| Unit exp | 10/09/2017   Date  09/14/20 17 |
| Crossmatch. | Electronically Compatible |

Pretransfusion Instructions
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LOC  J2010
ACC  W57183

| TRANSFUSION ADMINISTRATION RECORD | EMERGENCY RELEASE |
|---|---|

Has BLOOD CONSENT been verified?  ☐ Yes  ☐ No-
I have identified the intended recipient by armband and compared
this with the blood label and with the unit identification
I certify these are correct

Transfusion started by _____ *See Transfusion Manager* _____
Witness _____
BEGIN ADMINISTRATION WITHIN 30 MINUTES OR RETURN TO BLOOD BANK

Date Started _____ Time Started _____
Time completed _____ Amount transfused 1/4 ☐
                                              1/2 ☐
Completed by _____                      3/4 ☐
                                              All ☐

This unit of blood is issued as an emergency
procedure In my professional opinion his or her life
would be endangered by postponing transfusion
until the completion of routine compatibility tests

_____ MD
___ O group packed cells uncrossmatched
___ ABO compatible with incomplete crossmatch

| | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|---|---|---|---|---|---|---|---|---|
| Temp | | | | | | | | |
| Pulse | | *See FlowSheet* | | | | | | |
| Resp | | | | | | | | |
| B/P | | | | | | | | |

Adult Transfusion Guidelines  Pretrans 5 min  15 min  Completion
Neonatal Transfusion Guidelines  Pretrans 5 min  15 min  30 min  1 hour  2 hour  3 hour  Completion

Reaction  ☐ Yes  ☐ No    *See Transfusion Manager*

Blood Product Returned to Blood Bank _____
Returned by _____
Date/Time returned _____
Okay to reissue  ☐ Yes  ☐ No

| IN THE EVENT OF A REACTION |
|---|

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY          3  Notify physician and Blood Bank IMMEDIATELY
2  Keep I V open with normal saline        4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK

‖‖‖‖‖‖‖‖
1-989    1 989 (Rev 03/2014)

*Exhibit P₅ 17*

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

51153538 SMITH, DWIGHT  1725681420

○   ○   ○   ○   ○

# ⓊGwinnett Hospital System

1000 MEDICAL CENTER BLVD  LAWRENCEVILLE  GA 30046
3820 HOWELL FERRY RD  DULUTH  GA 30096
Robert Siegel M D  Laboratory Director

## Blood Bank Unit Tag

Sent on ice

Date/Time of Signout

| | |
|---|---|
| Pt Name | SMITH, DWIGHT |
| MRN | 51153538          1725681420 ACC# |
| Pt type | O-POSITIVE |
| Gender | M |
| Unit # | W2012 17 376204 Match with Bag # |
| Unit type | O-POSITIVE                 Unit div  DU |
| Component | PC ADSOL LEUKOREDUCED |
| Volume | 350   ML          Tech    KC |
| Unit exp | 10/17/2017        Date   09/14/20 17 |
| Crossmatch | Electronically Compatible |

Pretransfusion Instructions
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LOC   I2010
ACC   W5/183

## TRANSFUSION ADMINISTRATION RECORD

Has BLOOD CONSENT been verified?  ☑ Yes   ☐ No
I have identified the intended recipient by armband and compared
this with the blood label and with the unit identification
I certify these are correct

Transfusion started by _Dream Burg MD_

Witness ___

BEGIN ADMINISTRATION WITHIN 30 MINUTES OR RETURN TO BLOOD BANK

Date Started ___          Time Started ___
Time completed ___        Amount transfused  1/4 ☐
                                            1/2 ☐
Completed by ___                            3/4 ☐
                                            All ☐

### EMERGENCY RELEASE

This unit of blood is issued as an emergency
procedure  In my professional opinion  his or her life
would be endangered by postponing transfusion
until the completion of routine compatibility tests

___ MD

___ O group packed cells uncrossmatched
___ ABO compatible with incomplete crossmatch

| | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|---|---|---|---|---|---|---|---|---|
| Temp | | | | | | | | |
| Pulse | | | | | | | | |
| Resp | | | | | | | | |
| B/P | | | | | | | | |

Adult Transfusion Guidelines  Pretrans 5 min 15 min  Completion
Neonatal Transfusion Guidelines  Pretrans 5 min 15 min 30 min 1 hour 2 hour 3 hour Completion

Reaction  ☐ Yes   ☐ No

Blood Product Returned to Blood Bank ___
Returned by ___
Date/Time returned ___
Okay to reissue  ☐ Yes   ☐ No

### IN THE EVENT OF A REACTION

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY
2  Keep I V open with normal saline

3  Notify physician and Blood Bank IMMEDIATELY
4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK

1-989      1 989 (Rev 03/2014)

Exhibit A 18

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

51153538 SMITH, DWIGHT  1725681420

◯  ◯  ◯  ◯  ◯

**Ⓥ Gwinnett Hospital System**

1000 MEDICAL CENTER BLVD  LAWRENCEVILLE GA 30046
3620 HOWELL FERRY RD  DULUTH GA 30096
Robert Siegel M.D. Laboratory Director

**Blood Bank Unit Tag**

Sent on ice _09|14|7_
Date/Time of Signout        0146

| | |
|---|---|
| Pt Name | SMITH,DWIGHT |
| MRN | 51153538      1725681420 ACC# |
| Pt type | O-POSITIVE |
| Gender | M |
| Unit # | W2036 17 495769 Match with Bag # |
| Unit type | O-POSITIVE          Unit div  DO |
| Component | PC ADSOL LEUKOREDUCED |
| Volume | 350 ML          Tech  KC |
| Unit exp | 10/09/2017      Date  09/14/2017 |
| Crossmatch | Electronically Compatible |

Pretransfusion Instructions
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LUC   12010
ACC   W57183

| TRANSFUSION ADMINISTRATION RECORD | EMERGENCY RELEASE |
|---|---|
| Has BLOOD CONSENT been verified?.  ☑ Yes  ☐ No<br>I have identified the intended recipient by wristband and compared<br>this with the blood label and with the unit identification.<br>I certify these are correct<br><br>Transfusion started by _____<br>Witness _____<br>BEGIN ADMINISTRATION WITHIN 30 MINUTES OR RETURN TO BLOOD BANK<br><br>Date Started _____ Time Started _____<br>Time completed _____ Amount transfused 1/4 ☐<br>                                    1/2 ☐<br>Completed by _____                3/4 ☐<br>                                    All ☐ | This unit of blood is issued as an emergency<br>procedure. In my professional opinion his or her life<br>would be endangered by postponing transfusion<br>until the completion of routine compatibility tests<br><br>_____ MD<br>____ O group packed cells uncrossmatched<br>____ ABO compatible with incomplete crossmatch |

| | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|---|---|---|---|---|---|---|---|---|
| Temp | | | | | | | | |
| Pulse | | | | | | | | |
| Resp | | | | | | | | |
| B/P | | | | | | | | |

Adult Transfusion Guidelines Pretrans 5 min  15 min  Completion
Neonatal Transfusion Guidelines Pretrans 5 min  15 min  30 min  1 hour  2 hour  3 hour  Completion

**Reaction**   ☐ Yes   ☐ No

Blood Product Returned to Blood Bank _____
Returned by _____
Date/Time returned _____
Okay to reissue   ☐ Yes   ☐ No

**IN THE EVENT OF A REACTION**

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY
2  Keep I V open with normal saline

3  Notify physician and Blood Bank IMMEDIATELY
4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK

1 989   1 989 (Rev 03/2014)

*Exhibit P₅ 19*

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Patient: SMITH, DWIGHT HUGH   MRN: 51153538 . Encounter: 1725681420

51153538 SMITH, DWIGHT 1725681420

○        ○        ○        ○        ○

**⑩ Gwinnett Hospital System**
1000 MEDICAL CENTER BLVD  LAWRENCEVILLE  GA 30046
3620 HOWELL FERRY RD  DULUTH  GA 30096
Robert Siegel M D  Laboratory Director

**Blood Bank Unit Tag**

| | |
|---|---|
| Pt Name | SMITH, DWIGHT |
| MRN | 51153538      1725681420 ACC# |
| Pt type | O-POSITIVE |
| Gender | M |
| Unit # | W2003 17 051229 Match with Bag # |
| Unit type | O-POSITIVE        Unit div  DO |
| Component | PC ADSOL /LEUKOREDUCED |
| Volume | 350  ML       Tech  KC |
| Unit exp | 10/09/2017     Date  09/14/2017 |
| Crossmatch | Electronically Compatible |

Sent on ice _____
Date/Time of Signout

Pretransfusion Instructions
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LOC    I2010
ACC    W57183

| TRANSFUSION ADMINISTRATION RECORD | EMERGENCY RELEASE |
|---|---|

Has BLOOD CONSENT been verified?   ☐ Yes   ☐ No
I have identified the intended recipient by armband and compared
this with the blood label and with the unit identification
I certify these are correct

Transfusion started by _____

Witness _____

BEGIN ADMINISTRATION WITHIN 30 MINUTES  OR RETURN TO BLOOD BANK

Date Started __9/14/17__  Time Started __0655__

Time completed _____  Amount transfused  1/4 ☐
1/2 ☐
Completed by _____  3/4 ☐
All ☐

This unit of blood is issued as an emergency
procedure  In my professional opinion his or her life
would be endangered by postponing transfusion
until the completion of routine compatibility tests

_____  MD

____ O group packed cells uncrossmatched
____ ABO compatible with incomplete crossmatch

|          | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|----------|----------|-------|--------|--------|--------|--------|--------|------------|
| Temp     |          |       |        |        |        |        |        |            |
| Pulse    |          |       |        |        |        |        |        |            |
| Resp     |          |       |        |        |        |        |        |            |
| B/P      |          |       |        |        |        |        |        |            |

Adult Transfusion Guidelines  Pretrans  5 min  15 min  Completion
Neonatal Transfusion Guidelines  Pretrans  5 min  15 min  30 min  1 hour  2 hour  3 hour  Completion

**Reaction**   ☐ Yes   ☐ No

Blood Product Returned to Blood Bank _____
Returned by _____
Date/Time returned _____
Okay to reissue   ☐ Yes   ☐ No

| IN THE EVENT OF A REACTION |
|---|

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY
2  Keep I V  open with normal saline
3  Notify physician and Blood Bank IMMEDIATELY
4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK

1-989      1 989 (Rev 03/2014)

Exhibit Pg 20

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 47 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 51 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

51153538 SMITH, DWIGHT 1725681420

○        ○        ○        ○        ○

## 🦅 Gwinnett Hospital System

1000 MEDICAL CENTER BLVD LAWRENCEVILLE GA 30046
3620 HOWELL FERRY RD DULUTH GA 30096
Robert Siegel M D Laboratory Director

### Blood Bank Unit Tag

| | |
|---|---|
| Pt Name | ~SMITH, DWIGHT |
| MRN | 51153538   1725681420 ACC# |
| Pt type | |
| Gender | M |
| Unit # | W2003 17 049454 Match with Bag # |
| Unit type | O-POSITIVE   Unit div 00 |
| Component | PC ADSOL LEUKOREDUCED |
| Volume | 350   ML   Tech   RH |
| Unit exp | 10/17/2017   Date   09/13/20 1/ |
| Crossmatch | ISSUED WITHOUT CROSSMATCH (PHYSICIA |

Sent on ice ____  9/13/17
Date/Time of Signout

Pretransfusion Instructions  2252
1  Red blood cells can be given as fast as can be tolerated or they must be infused within 4 hours
2  Mix thoroughly and gently before administering
3  Always administer through an appropriate filter
4  Normal saline is the ONLY medication/solution to be used with the administration of blood/components
5  Fill in all the required information on the form  then return the Blood Bank copy to the Blood Bank

LOC   MER
ACC   W5/1B1

| TRANSFUSION ADMINISTRATION RECORD | EMERGENCY RELEASE |
|---|---|

Has BLOOD CONSENT been verified?  ☒ Yes  ☐ No
I have identified the intended recipient by armband and compared
this with the blood label and with the unit identification
I certify these are correct

Transfusion started by ____ Jamie Burz RN
Witness ____ Chilee Dewett RN

BEGIN ADMINISTRATION WITHIN 30 MINUTES  OR RETURN TO BLOOD BANK

Date Started  9/13/17      Time Started  0351
Time completed  0523  Amount transfused  1/4 ☐
   9/13                              1/2 ☐
Completed by ____ Jame P Burz RN     3/4 ☐
                                     All ☒

This unit of blood is issued as an emergency
procedure  In my professional opinion his or her life
would be endangered by postponing transfusion
until the completion of routine compatibility tests

_____ MD

___ O group packed cells uncrossmatched
___ ABO compatible with incomplete crossmatch

| | Pretrans | 5 min | 15 min | 30 min | 1 hour | 2 hour | 3 hour | Completion |
|---|---|---|---|---|---|---|---|---|
| Temp | 100 2 | 97 3 | 100.5 | | | | | 99 |
| Pulse | 126 | 110 | 100 | | | | | 98 |
| Resp | 18 | 16 | 18 | | | | | 16 |
| B/P | 105/56 | 111/56 | 101/59 | | | | | 109/56 |

Adult Transfusion Guidelines Pretrans 5 min  15 min  Completion
Neonatal Transfusion Guidelines Pretrans 5 min  15 min  30 min  1 hour  2 hour  3 hour  Completion

Reaction  ☐ Yes  ☒ No

Blood Product Returned to Blood Bank _____
Returned by _____
Date/Time returned _____
Okay to reissue  ☐ Yes  ☐ No

| IN THE EVENT OF A REACTION |
|---|

IN THE EVENT OF A TRANSFUSION REACTION
1  STOP TRANSFUSION IMMEDIATELY          3  Notify physician and Blood Bank IMMEDIATELY
2  Keep I V open with normal saline       4  Complete the Report of Reaction to Transfused Blood or Blood Products form

PLACE TOP COPY IN PATIENT CHART  RETURN YELLOW TO BLOOD BANK

1-989      1 989 (Rev 03/2014)

Exhibit P5 21

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Gwinnett Medical Center

## GENERAL MEDICAL/SURGICAL DISCHARGE INSTRUCTIONS

**Take this form and a copy of your Home Medicine List to your doctor appointment.
We suggest that you contact your primary care physician to review your medicine list after you
return home.**

Patient Discharge Instructions for: DWIGHT SMITH

Admitting Diagnosis: BLOOD IN STOOL

Attending Physician: Gregory V Miller, MD, MD

**Allergies:** No Known Allergies

| Most Recent Vital Signs: | BP: 112/68 arm left | O2 SAT %: 100% room air | O2 equip: room air |
|---|---|---|---|
| | Pulse #1: 66 finger/pulse ox | Respirations: 18 visual | TEMP #1 in F: 97.9F oral |
| | Weight in Kg: 67.4kg | | |

**Physician Appointments**

Physician Name dr lee.

Specialty gastroentrology.

Follow-Up in 3 weeks.

Appointment Instructions patient to call office, pt to schedule follow-up appointment.

**General Discharge Instructions**

Your Diagnosis crohns disease.

Discharged To: home.

Discharged via: wheelchair.

Pneumococcal Vaccine not ordered.

- - Pneumococcal Vacc Not Given? Why? not indicated.

Influenza Vaccine (Oct - March) not ordered.

- - Influenza Vaccine Not Given? Why? not in season.

Diet Instructions low residue, no fresh fruit, no fresh vegetables, other instructions--->. gi soft, avoid lactose & raw veg & eat foods rich in potassium.

Activity increase distance as tolerated.

Refer to Home Med List home medication list provided, prescriptions given.

Tubes/Needles removed.

Valuables N/A.

**Type of Patient Belongings** all.
                                   clothes, phone, wallet.

| Name: | SMITH, DWIGHT | Age: 47 yr | Acct: | 1725681420 | |
|---|---|---|---|---|---|
| Opt Out: | | Gender: M | MRN: | 51153538 | |
| Physician: Miller, Md, Gregory V., MD | | Rm-Bed: N562 - O | | Admit Dt: 09/13/2017 22:24 | DOB: 06/09/1970 |

Permanent

Exhibit 22

Gwinnett Medical Center Lawrenceville

09/19/2017 19:33
Page 139 of 139

hpf Comprehensive Orders Report
From 09/13/2017 22:24 To 09/19/2017 08:54

**Order 176 - Version 2    (Continued)**

| Discharge Diagnosis:  CONTIN  ROUTINE  Until Discontinued Discharge Diagnosis | | |
|---|---|---|
| Start: 09/18/2017 13:28<br>Originally Entered: 09/18/2017 13:29<br>Last Modified: 09/18/2017 18:26<br>D.C.: 09/18/2017 17:33 | Ordered By: NEACSU, MD, LUMINITA<br>D MD<br>Entered By: NEACSU, MD, LUMINITA<br>D MD<br>Modified By: 999CMPD, 999CMPD<br>Source: Direct | Action: Discontinued |
| Diagnosis: Crohn's disease of intestine (K50.90) | | |
| | | Application Source: HEO<br>Performing Dept: Heo Department |
| | | Order Group: HEO Group<br>Placer Number: 320767961 |

**Order 177 - Version 1**

| Discharge Instructions iForm Tracking Order  ONCE  ROUTINE 1Times | | |
|---|---|---|
| Start: 09/18/2017 13:28<br>End: 09/18/2017 13:28<br>Originally Entered: 09/18/2017 13:29<br>Last Modified: 09/18/2017 13:29 | Ordered By: NEACSU, MD, LUMINITA<br>D MD<br>Entered By: NEACSU, MD, LUMINITA<br>D MD<br>Modified By: NEACSU, MD, LUMINITA<br>D MD<br>Source: Direct | Action: Ordered |
| Signed Action: Sign New | By: NEACSU, MD, LUMINITA D MD | Date: 09/18/2017 13:29 |
| Signed Action: Acknowledge New | By: | |
| | | Application Source: HEO-MD<br>Performing Dept: NURSING |
| | | Order Group: NURSING<br>Placer Number: 320767962 |

**Order 177 - Version 2**

| Discharge Instructions iForm Tracking Order  ONCE  ROUTINE 1 Times | | |
|---|---|---|
| Start: 09/18/2017 13:28<br>End: 09/18/2017 13:28<br>Originally Entered: 09/18/2017 13:29<br>Last Modified: 09/18/2017 14:25 | Ordered By: NEACSU, MD, LUMINITA<br>D MD<br>Entered By: NEACSU, MD, LUMINITA<br>D MD<br>Modified By: 999CMPD, 999CMPD<br>Source: Direct | Action: Completed |
| | | Application Source: HOM<br>Performing Dept: NURSING |
| | | Order Group: NURSING<br>Placer Number: 320767962 |

| Name:    SMITH, DWIGHT | Age: 47 yr | Acct:    1725681420 | |
|---|---|---|---|
| Opt Out: | Gender: M | MRN:    51153538 | |
| Physician: Miller, Md, Gregory V., MD | Rm-Bed: N562 - O | Admit Dt: 09/13/2017 22:24 | DOB: 06/09/1970 |

Permanent

Exhibit Pg 23

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

Gwinnett Medical Center Lawrenceville

09/19/2017 19:33
Page 25 of 139

hpf Comprehensive Orders Report
From 09/13/2017 22:24 To 09/19/2017 08:54

**Order 28 - Version 1  (Continued)**

| Start: 09/13/2017 23:43 | Ordered By: HALL, JERRY K EDMD | Action: Ordered |
|---|---|---|
| End: 09/13/2017 23:43 | Entered By: HALL, JERRY K EDMD | |
| Originally Entered: 09/13/2017 23:43 | Modified By: HALL, JERRY K EDMD | |
| Last Modified: 09/13/2017 23:43 | Source: Direct | |
| Signed Action: Sign New | By: HALL, JERRY K EDMD | Date: 09/13/2017 23:43 |
| Signed Action: Acknowledge New | By: DRIVER, CHELSEA M EDRN | Date: 09/14/2017 00:21 |
| Signed Action: Verify New | By: | |
| | | Application Source: HEO-MD <br> Performing Dept: LABORATORY <br> Order Group: Microbiology <br> Placer Number: 319002438 |

**Order 28 - Version 2**

| CULTURE BLOOD   ONCE  STAT 1Times | | |
|---|---|---|
| Start: 09/13/2017 23:43 | Ordered By: HALL, JERRY K EDMD | Action: Ordered |
| End: 09/13/2017 23:43 | Entered By: HALL, JERRY K EDMD | |
| Originally Entered: 09/13/2017 23:43 | Modified By: HALL, JERRY K EDMD | |
| Last Modified: 09/14/2017 06:16 | Source: Direct | |
| | | Application Source: OADD <br> Performing Dept: LABORATORY <br> Order Group: Microbiology <br> Placer Number: 319002438 |

**Order 28 - Version 3**

| CULTURE BLOOD   ONCE  STAT 1 Times | | |
|---|---|---|
| Start: 09/13/2017 23:43 | Ordered By: HALL, JERRY K EDMD | Action: Completed |
| End: 09/13/2017 23:43 | Entered By: HALL, JERRY K EDMD | |
| Originally Entered: 09/13/2017 23:43 | Modified By: HALL, JERRY K EDMD | |
| Last Modified: 09/19/2017 06:15 | Source: Direct | |
| | | Application Source: OADD <br> Performing Dept: LABORATORY <br> Order Group: Microbiology <br> Placer Number: 319002438 |

**Order 29 - Version 1**

| Patient Placement (LAWRENCEVILLE)   ONCE  ROUTINE 1 Times | | |
|---|---|---|
| Start: 09/13/2017 23:57 | Ordered By: MAULDIN, GREGORY L MD | Action: Ordered |
| End: 09/13/2017 23:57 | Entered By: MAULDIN, GREGORY L MD | |
| Originally Entered: 09/13/2017 23:57 | Modified By: MAULDIN, GREGORY L MD | |
| Last Modified: 09/13/2017 23:57 | Source: Direct | |

Patient Status: ADMIT AS INPATIENT
Admitting Diagnosis: Acute lower gastrointestinal hemorrhage (K92.2, P54.3)
Special Needs: No Special Needs
Location / Specialty Request: Intensive Care - 2 South

| Name:   SMITH, DWIGHT | Age:  47 yr | Acct:   1725681420 | |
|---|---|---|---|
| Opt Out: | Gender:  M | MRN:   51153538 | |
| Physician: Miller, Md, Gregory V., MD | Rm-Bed: N562 - O | Admit Dt: 09/13/2017 22:24 | DOB: 06/09/1970 |

Permanent

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05   Exhibit Pg 24

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 51 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 55 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

Gwinnett Medical Center Lawrenceville

09/19/2017 19:33
Page 105 of 139

hpf Comprehensive Orders Report
From 09/13/2017 22:24 To 09/19/2017 08:54

Order 131 - Version 2

| Intra- Facility Transfer Lawrenceville   CONTIN  ROUTINE Until Discontinued | | |
|---|---|---|
| Start: 09/15/2017 16:17 | Ordered By: ALI, SHOHEB MD | Action: Discontinued |
| Originally Entered: 09/15/2017 16:17 | Entered By: ALI, SHOHEB MD | |
| Last Modified: 09/18/2017 18:26 | Modified By: 999CMPD, 999CMPD | |
| D.C.: 09/18/2017 17:33 | Source: Direct | |

Patient Type : 8
Patient Status: See Patient Status Order
Admitting Diagnosis: Hemorrhagic shock (R57.1)
Choose a staff member or enter a name to search for: "Miller, MD", Gregory V [HOSPITALIST]
Location /Specialty Request: PCU - 4 North
Special Needs: No Special Needs
Level of Care: Intermediate Care

| | Application Source: HEO |
|---|---|
| | Performing Dept: TELETRACKING BED |
| | Order Group: TELETRACKING BE |
| | Placer Number: 319627243 |

Order 132 - Version 1

| Cardiac Monitoring for Critical/Intermediate Care   CONTINUOUS ROUTINE Until Discontinued | | |
|---|---|---|
| Start: 09/15/2017 16:17 | Ordered By: ALI, SHOHEB MD | Action: Ordered |
| Originally Entered: 09/15/2017 16:17 | Entered By: ALI, SHOHEB MD | |
| Last Modified: 09/15/2017 16:17 | Modified By: ALI, SHOHEB MD | |
| | Source: Direct | |
| Signed Action: Sign New | By: ALI, SHOHEB MD | Date: 09/15/2017 16:17 |
| Signed Action: Acknowledge New | By: TAYLOR, SHANA RN | Date: 09/16/2017 06:28 |

| | Application Source: HEO-MD |
|---|---|
| | Performing Dept: NURSING |
| | Order Group: NURSING |
| | Placer Number: 319627244 |

Order 132 - Version 2

| Cardiac Monitoring for Critical/Intermediate Care   CONTINUOUS ROUTINE UNK | | |
|---|---|---|
| Start: 09/15/2017 16:17 | Ordered By: ALI, SHOHEB MD | Action: Ordered |
| Originally Entered: 09/15/2017 16:17 | Entered By: ALI, SHOHEB MD | |
| Last Modified: 09/18/2017 02:30 | Modified By: GLENNLUMSDEN, AMERIAL F RN | |
| | Source: Direct | |

| | Application Source: PCM |
|---|---|
| | Performing Dept: NURSING |
| | Order Group: NURSING |
| | Placer Number: 319627244 |

Order 132 - Version 3

| Cardiac Monitoring for Critical/Intermediate Care   CONTINUOUS ROUTINE UNK | | |
|---|---|---|
| Start: 09/15/2017 16:17 | Ordered By: ALI, SHOHEB MD | Action: Discontinued |
| Originally Entered: 09/15/2017 16:17 | Entered By: ALI, SHOHEB MD | |
| Last Modified: 09/18/2017 18:26 | Modified By: 999CMPD, 999CMPD | |

| Name: SMITH, DWIGHT | Age: 47 yr | Acct: 1725681420 | |
|---|---|---|---|
| Opt Out: | Gender: M | MRN: 51153538 | |
| Physician: Miller, Md, Gregory V., MD | Rm-Bed: N562 - O | Admit Dt: 09/13/2017 22:24 | DOB: 06/09/1970 |

Permanent

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:05

Exhibit pg 25

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 52 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 56 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

Gwinnett Medical Center Lawrenceville

09/19/2017 19:33
Page 119 of 139

hpf Comprehensive Orders Report
From 09/13/2017 22:24 To 09/19/2017 08:54

**Order 149 - Version 4   (Continued)**

| | |
|---|---|
| **Pharmacy Verified:** Y | **Application Source:** RX |
| **Verfied By:** STAFFID, TJO | **Performing Dept:** Pharmacy |
| **Verified Date:** 09/17/2017 14:33 | **Order Group:** HEO Meds |
| | **Placer Number:** 320053415 |

**Order 150 - Version 1**

| Diagnosis: CONTIN ROUTINE Until Discontinued | | |
|---|---|---|
| **Start:** 09/16/2017 21:37<br>**Originally Entered:** 09/16/2017 21:38<br>**Last Modified:** 09/16/2017 21:38 | **Ordered By:** SMITH, MD, HERSCHEL W MD<br>**Entered By:** SMITH, MD, HERSCHEL W MD<br>**Modified By:** SMITH, MD, HERSCHEL W MD<br>**Source:** Direct | **Action:** Ordered |
| | **Application Source:** HEO-MD<br>**Performing Dept:** Heo Department<br>**Order Group:** HEO Group<br>**Placer Number:** 320094618 | |

**Order 150 - Version 2**

| Diagnosis: CONTIN ROUTINE Until Discontinued | | |
|---|---|---|
| **Start:** 09/16/2017 21:37<br>**Originally Entered:** 09/16/2017 21:38<br>**Last Modified:** 09/18/2017 18:26<br>**D.C.:** 09/18/2017 17:33 | **Ordered By:** SMITH, MD, HERSCHEL W MD<br>**Entered By:** SMITH, MD, HERSCHEL W MD<br>**Modified By:** 999CMPD, 999CMPD<br>**Source:** Direct | **Action:** Discontinued |
| **Category:** Medical<br>**Diagnosis:** Crohn's disease of intestine (K50.90) | | |
| | **Application Source:** HEO<br>**Performing Dept:** Heo Department<br>**Order Group:** HEO Group<br>**Placer Number:** 320094618 | |

**Order 151 - Version 1**

| Intra- Facility Transfer Lawrenceville   CONTIN ROUTINE Until Discontinued | | |
|---|---|---|
| **Start:** 09/16/2017 21:37<br>**Originally Entered:** 09/16/2017 21:38<br>**Last Modified:** 09/16/2017 21:38 | **Ordered By:** SMITH, MD, HERSCHEL W MD<br>**Entered By:** SMITH, MD, HERSCHEL W MD<br>**Modified By:** SMITH, MD, HERSCHEL W MD<br>**Source:** Direct | **Action:** Ordered |

| | | |
|---|---|---|
| **Name:** SMITH, DWIGHT | **Age:** 47 yr | **Acct:** 1725681420 |
| **Opt Out:** | **Gender:** M | **MRN:** 51153538 |
| **Physician:** Miller, Md, Gregory V., MD | **Rm-Bed:** N562 - O | **Admit Dt:** 09/13/2017 22:24   **DOB:** 06/09/1970 |

Permanent

Exhibit Ps 26

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 53 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 57 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1725681420

Gwinnett Medical Center Lawrenceville

hpf Comprehensive Orders Report
From 09/13/2017 22:24 To 09/19/2017 08:54

**Order 151 - Version 1 (Continued)**

| Signed Action: Sign New | By: SMITH, MD, HERSCHEL W MD | Date: 09/16/2017 21:38 |
|---|---|---|
| Signed Action: Acknowledge New | By: TAYLOR, SHANA RN | Date: 09/16/2017 22:45 |
| Signed Action: Verify New | By: | |
| | | Application Source: HEO-MD<br>Performing Dept: TELETRACKING BED |
| | | Order Group: TELETRACKING BE<br>Placer Number: 320094619 |

**Order 151 - Version 2**

| Intra- Facility Transfer Lawrenceville   CONTIN ROUTINE Until Discontinued | | |
|---|---|---|
| Start: 09/16/2017 21:37<br>Originally Entered: 09/16/2017 21:38<br>Last Modified: 09/18/2017 18:26<br>D.C.: 09/18/2017 17:33 | Ordered By: SMITH, MD, HERSCHEL W MD<br>Entered By: SMITH, MD, HERSCHEL W MD<br>Modified By: 999CMPD, 999CMPD<br>Source: Direct | Action: Discontinued |
| Patient Type : 8<br>Patient Status: See Patient Status Order<br>Special Needs: No Special Needs<br>Level of Care: Acute Care<br>Location / Specialty Request: Any Medical/Surgical Area<br>Admitting Diagnosis: Crohn | | |
| | Application Source: HEO<br>Performing Dept: TELETRACKING BED |
| | Order Group: TELETRACKING BE<br>Placer Number: 320094619 |

**Order 152 - Version 1**

| GLUCOSE SCREEN   ONCE ROUTINE 1Occurrences | | |
|---|---|---|
| Start: 09/16/2017 23:36<br>End: 09/16/2017 23:36<br>Originally Entered: 09/16/2017 23:40<br>Last Modified: 09/16/2017 23:40 | Ordered By: MILLER, MD, GREGORY V MD<br>Entered By: LAB, USER<br>Modified By: LAB, USER<br>Source: Written | Action: Ordered |
| | | Application Source: PCM<br>Performing Dept: LABORATORY |
| | | Order Group: Lab<br>Placer Number: 700916 |

**Order 152 - Version 2**

| GLUCOSE SCREEN   ONCE ROUTINE 1Occurrences | | |
|---|---|---|
| Start: 09/16/2017 23:36<br>End: 09/16/2017 23:36<br>Originally Entered: 09/16/2017 23:40<br>Last Modified: 09/16/2017 23:40 | Ordered By: MILLER, MD, GREGORY V MD<br>Entered By: LAB, USER<br>Modified By: LAB, USER<br>Source: Written | Action: Ordered |

| Name: SMITH, DWIGHT | Age: 47 yr | Acct: 1725681420 | |
|---|---|---|---|
| Opt Out: | Gender: M | MRN: 51153538 | |
| Physician: Miller, Md, Gregory V., MD | Rm-Bed: N562 - O | Admit Dt: 09/13/2017 22:24 | DOB: 06/09/1970 |

Permanent

Case 1:24-cv-05965-SEG   Document 1   Filed 12/27/24   Page 54 of 136

USCA11 Case: 23-13273   Document: 15   Date Filed: 04/17/2024   Page: 58 of 126
Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1735581351

Gwinnett Hospital System
1000 Medical Center Boulevard, Lawrenceville, GA 30045
678-312-4440

Radiology Consultation Report

Patient Name:  SMITH, DWIGHT                      DOB: 06/09/1970
Medical Record Number: 51153538                  Account:  1735581351
Patient Location: GMC - EMERGENCY ROOM           Room/Bed:

Procedure: CT ABD/PELVIS WITH CONTRAST           Accession #: 8045567
Ordered By: JOEL G. BAILEY M.D.                  Ordered: 12/21/2017 22:26
Date of Service: 12/21/2017 23:08

Page 1                                           Final


CT ABDOMEN AND PELVIS WITH CONTRAST

HISTORY: Blood in stool. History of Crohn's disease.

TECHNIQUE: Routine axial imaging was performed from the lung bases
through the pubic symphysis following the uneventful intravenous
administration of contrast.

Up-to-date CT equipment and radiation dose reduction techniques were
employed. CTDIvol: 10.6 - 10.8 mGy. DLP: 763 mGy-cm.

FINDINGS:

Comparison is made to prior study of 9/14/2017.

Lung bases are clear of focal infiltrate and pleural effusion. Heart
size is normal.

There is mild hypodensity in the region of the falciform ligament of the
liver, likely representing a focal area of fatty infiltration. Liver is
otherwise unremarkable. Spleen, pancreas, and gallbladder are
unremarkable.

No adrenal nodules.

Stable small 3 mm hypodense lesion within the left interpolar kidney.
Stable 1.5 x 1.5 cm cyst in the posterior left interpolar kidney. Right
kidney is unremarkable. No hydronephrosis.

There is no free intraperitoneal air. Large amount of stool throughout
the rectum. Appendix is normal. Stomach is decompressed. Previously
described metallic density within the duodenum is not appreciated on
current study. Persistent wall thickening involving the terminal ileum.
No evidence of bowel obstruction. There is a possible fistulous
connection identified with the distal sigmoid colon.

The previously described air-fluid collection within the ischial rectal

fossae has resolved, with asymmetric soft tissue thickening in this
region. There remains linear areas of soft tissue density in the

Exhibit 28

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

## Emergency Department Chart

| Patient Name:  SMITH, DWIGHT | Account Number:  1735581351 |
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970    Gender:  M |
| Arrival Date:  12/21/2017 19:45 | Primary MD: |
| Visit Date:    12/21/2017 19:47 | Attending MD: Joel Bailey EDMD |

### Discharge Instructions

**Crohn's Disease**

Crohn's Disease

Crohn's disease is a long-term (chronic) soreness and redness (inflammation) of the intestines (bowel). It can affect any portion of the digestive tract, from the mouth to the anus. It can also cause problems outside the digestive tract. Crohn' s disease is closely related to a disease called Ulcerative Colitis (together, these two diseases are called Inflammatory Bowel Disease).

CAUSES

The cause of Crohn' s disease is not known. One theory is that, in an easily affected (susceptible) person, the immune system is triggered to attack the body' s own digestive tissue. Crohn' s disease runs in families. It seems to be more common in certain geographic areas and amongst certain races. There are no clear-cut dietary causes.

SYMPTOMS:

Crohn' s disease can cause many different symptoms since it can affect many different parts of the body. Symptoms include:
Fatigue.
Weight loss.
Chronic diarrhea, sometime bloody.
Abdominal pain and cramps.
Fever.
Ulcers or canker sores in the mouth or rectum.
Anemia (low red blood cells).
Arthritis, skin problems, and eye problems may occur.

Complications of Crohn' s disease can include:
Series of holes (perforation) of the bowel.
Portions of the intestines sticking to each other (adhesions).
Obstruction of the bowel.
Fistula formation, typically in the rectal area but also in other areas. A fistula is an opening between the bowels and the outside, or between the bowels and another organ.
A painful crack in the mucous membrane of the anus (rectal fissure).

DIAGNOSIS:

Your caregiver may suspect Crohn' s disease based on your symptoms and an exam. Blood tests may confirm that there is a problem. You may be asked to submit a stool specimen for examination. X-rays and CT scans may be necessary. Ultimately, the diagnosis is usually made after a procedure that uses a flexible tube that is inserted via your mouth or your anus. This is done under sedation and is called either an upper endoscopy or colonoscopy. With these tests, the specialist can take tiny tissue samples and remove them from the inside of the bowel (biopsy). Examination of this biopsy tissue under a microscope can reveal Crohn' s disease as the cause of your symptoms.

Due to the many different forms that Crohn' s disease can take, symptoms may be present for several years before a diagnosis is made.

HOME CARE INSTRUCTIONS

There is no cure for Crohn's disease. The best treatment is frequent checkups with your caregiver.
Symptoms such as diarrhea can be controlled with medications. Avoid foods that have a laxative effect such as fresh fruit, vegetables and dairy products. During flare ups, you can rest your bowel by refraining from solid foods. Drink clear liquids frequently during the day (electrolyte or re-hydrating fluids are best. Your caregiver can help you with suggestions). Drink often to prevent loss of body fluids (dehydration). When diarrhea has cleared, eat small meals and more frequently. Avoid food additives and stimulants such as caffeine (coffee, tea, or chocolate). Enzyme supplements may help if you develop intolerance to a sugar in dairy products (lactose). Ask your caregiver or dietitian about specific dietary instructions.
Try to maintain a positive attitude. Learn relaxation techniques such as self hypnosis, mental imaging, and muscle relaxation.
If possible, avoid stresses which can aggravate your condition.
Exercise regularly.
Follow your diet.
Always get plenty of rest.

OneContent: Generated By NS\e995168    Generated On: 05/24/2022 09:04        Exhibit P_E 29

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

Final

## Emergency Department Chart

| | |
|---|---|
| Patient Name:  SMITH, DWIGHT | Account Number:  1735581351 |
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970     Gender:  M |
| Arrival Date:  12/21/2017 19:45 | Primary MD: |
| Visit Date:     12/21/2017 19:47 | Attending MD:Joel Bailey EDMD |

## Discharge Instructions

**Crohn's Disease**
SEEK MEDICAL CARE IF:
Your symptoms fail to improve after a week or two of new treatment.
You experience continued weight loss.
You have ongoing crampy digestion or loose bowels.
You develop a new skin rash, skin sores, or eye problems.

SEEK IMMEDIATE MEDICAL CARE IF:
You have worsening of your symptoms or develop new symptoms.
An unexplained oral temperature above 102° F (38.9° C) develops, and is not controlled by medication.
You develop bloody diarrhea.
You develop severe abdominal pain.

MAKE SURE YOU:
Understand these instructions.
Will watch your condition.
Will get help right away if you are not doing well or get worse.

Document Released: 04/07/2004  Document Re-Released: 03/16/2010
ExitCare® Patient Information ©2011 ExitCare, LLC.

Exhibit Pg 30

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

Final

## Emergency Department Chart

| Patient Name: SMITH, DWIGHT | Account Number: 1735581351 |
|---|---|
| Medical Rec. Number: 51153538 . | Birthdate: 06/09/1970   Gender: M |
| Arrival Date: 12/21/2017 19:45 | Primary MD: |
| Visit Date:   12/21/2017 19:47 | Attending MD: Joel Bailey EDMD |

### Discharge Instructions

**Abdominal Pain, Easy- to- Read**

Abdominal Pain

Many things can cause belly (abdominal) pain. Most times, the belly pain is not dangerous. The amount of belly pain does not tell how serious the problem may be. Many cases of belly pain can be watched and treated at home.

HOME CARE
> Do not take medicines that help you go poop (laxatives) unless told to by your doctor.
> Only take medicine as told by your doctor.
> Eat or drink as told by your doctor. Your doctor will tell you if you should be on a special diet.

GET HELP RIGHT AWAY IF:
> The pain does not go away.
> You have a fever.
> You keep throwing up (vomiting).
> The pain changes and is only in the right or left part of the belly.
> You have bloody or tarry looking poop.

MAKE SURE YOU:
> Understand these instructions.
> Will watch your condition.
> Will get help right away if you are not doing well or get worse.

Document Released: 06/05/2009 Document Revised: 03/11/2013 Document Reviewed: 01/03/2011
ExitCare® Patient Information ©2014 ExitCare, LLC.

$Exhibit$ $Pg$ $31$

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1735581351

Gwinnett Medical Center – Lawrenceville                                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA  30046
678-312-1000

## Emergency Department Chart

| Patient Name:  SMITH, DWIGHT | Account Number:  1735581351 |
|---|---|
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970     Gender:  M |
| Arrival Date: 12/21/2017 19:45 | Primary MD: |
| Visit Date:     12/21/2017 19:47 | Attending MD:Joel Bailey EDMD |

## Discharge Instructions

**Anal Fistula**

Anal Fistula

An anal fistula is an abnormal tunnel that develops between the bowel and skin near the outside of the anus, where feces comes out. The anus has a number of tiny glands that make lubricating fluid. Sometimes these glands can become plugged and infected. This may lead to the development of a fluid-filled pocket (abscess). An anal fistula often develops after this infection or abscess. It is nearly always caused by a past or current anal abscess.

CAUSES
Though an anal fistula is almost always caused by a past or current anal abscess, other causes can include:

> A complication of surgery.
> Trauma to the rectal area.
> Radiation to the area.
> Other medical conditions or diseases, such as:
* Chronic inflammatory bowel disease, such as Crohn disease or ulcerative colitis.
* Colon or rectal cancer.
* Diverticular disease, such as diverticulitis.
* A sexually transmitted disease, such as gonorrhea, chlamydia, or syphilis.
* An HIV infection or AIDS.

SYMPTOMS
> Throbbing or constant pain that may be worse when sitting.
> Swelling or irritation around the anus.
> Drainage of pus or blood from an opening near the anus.
> Pain with bowel movements.
> Fever or chills.

DIAGNOSIS
Your caregiver will examine the area to find the openings of the anal fistula and the fistula tract. The external opening of the anal fistula may be seen during a physical examination. Other examinations that may be performed include:

> Examination of the rectal area with a gloved hand (digital rectal exam).
> Examination with a probe or scope to help locate the internal opening of the fistula.
> Injection of a dye into the fistula opening. X-rays can be taken to find the exact location and path of the fistula.
> An MRI or ultrasound of the anal area.

Other tests may be performed to find the cause of the anal fistula.

TREATMENT
The most common treatment for an anal fistula is surgery. There are different surgery options depending on where your fistula is located and how complex the fistula is. Surgical options include:

> A fistulotomy. This surgery involves opening up the whole fistula and draining the contents inside to promote healing.
> Seton placement. A silk string (seton) is placed into the fistula during a fistulotomy to drain any infection to promote healing.
> Advancement flap procedure. Tissue is removed from your rectum or the skin around the anus and is attached to the opening of the fistula.
> Bioprosthetic plug. A cone-shaped plug is made from your tissue and is used to block the opening of the fistula.

Some anal fistulas do not require surgery. A fibrin glue is a non-surgical option that involves injecting the glue to seal the fistula. You also may be prescribed an antibiotic medicine to treat an infection.

HOME CARE INSTRUCTIONS
> Take your antibiotics as directed. Finish them even if you start to feel better.
> Only take over-the-counter or prescription medicines as directed by your caregiver.   Use a stool softener or laxative, if recommended.

**Print Date:  12/23/2017 11:09**            **Confidential Medical Record**                      **Page 9 of 22**

Exhibt  Pg 32

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

Final

## Emergency Department Chart

| | |
|---|---|
| Patient Name:  SMITH, DWIGHT | Account Number:  1735581351 |
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970    Gender:  M |
| Arrival Date:  12/21/2017 19:45 | Primary MD: |
| Visit Date:    12/21/2017 19:47 | Attending MD: Joel Bailey EDMD |

### Discharge Instructions

**Anal Fistula**

> Eat a high-fiber diet to help avoid constipation or as directed by your caregiver.
> Drink enough water to keep your urine clear or pale yellow.
> A warm sitz bath may be soothing and help with healing. You may take warm sitz baths for 15-20 minutes, 3-4 times a day to ease pain and discomfort.
> Follow excellent hygiene to keep the anal area as clean and dry as possible. Use wet toilet paper or moist towelettes after each bowel movement.

SEEK MEDICAL CARE IF:
You have increased pain not controlled with medicines.

SEEK IMMEDIATE MEDICAL CARE IF: ,
> You have severe, intolerable pain.
> You have new swelling, redness, or discharge around the anal area.
> You have tenderness or warmth around the anal area.
> You have chills or diarrhea.
> You have severe problems urinating or having a bowel movement.
> You have a fever or persistent symptoms for more than 2-3 days.
> You have a fever and your symptoms suddenly get worse.

MAKE SURE YOU:
> Understand these instructions.
> Will watch your condition.
> Will get help right away if you are not doing well or get worse.

Document Released: 11/30/2009 Document Revised: 12/04/2013 Document Reviewed: 10/22/2012
ExitCare® Patient Information ©2014 ExitCare, LLC.

Exhibit Pg  33

OneContent: Generated By NS\e995168    Generated On: 05/24/2022 09:04

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville                                                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

## Emergency Department Chart

| Patient Name: SMITH, DWIGHT | Account Number: 1735581351 |
| Medical Rec. Number: 51153538 | Birthdate: 06/09/1970    Gender: M |
| Arrival Date: 12/21/2017 19:45 | Primary MD: |
| Visit Date:    12/21/2017 19:47 | Attending MD:Joel Bailey EDMD |

### Discharge Instructions

**Bloody Stools, Easy-to-Read**

Bloody Stools

Bloody stools means there is blood in your poop (stool). It is a sign that there is a problem somewhere in the digestive system. It is important for your doctor to find the cause of your bleeding, so the problem can be treated.

HOME CARE
> Only take medicine as told by your doctor.
> Eat foods with fiber (prunes, bran cereals).
> Drink enough fluids to keep your pee (urine) clear or pale yellow.
> Sit in warm water (sitz bath) for 10 to 15 minutes as told by your doctor.
> Know how to take your medicines (enemas, suppositories) if advised by your doctor.
> Watch for signs that you are getting better or getting worse.

GET HELP RIGHT AWAY IF:
> You are not getting better.
> You start to get better but then get worse again.
> You have new problems.
> You have severe bleeding from the place where poop comes out (rectum) that does not stop.
> You throw up (vomit) blood.
> You feel weak or pass out (faint).
> You have a fever.

MAKE SURE YOU:
> Understand these instructions.
> Will watch your condition.
> Will get help right away if you are not doing well or get worse.

Document Released: 12/06/2010 Document Revised: 03/11/2013 Document Reviewed: 05/04/2012
ExitCare® Patient Information ©2014 ExitCare, LLC.

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04        Exhibit P6 34

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1735581351

Gwinnett Medical Center - Lawrenceville
1000 Medical Center Boulevard   .
Lawrenceville, GA 30046
678-312-1000                                                                  Final

## Emergency Department Chart

| Patient Name: SMITH, DWIGHT | Account Number: 1735581351 |
|---|---|
| Medical Rec. Number: 51153538 | Birthdate: 06/09/1970   Gender: M |
| Arrival Date: 12/21/2017 19:45 | Primary MD: |
| Visit Date:   12/21/2017 19:47 | Attending MD:Joel Bailey EDMD |

### Discharge Instructions

**Gastroesophageal Reflux Disease, Adult, Easy-to-Read**
Acid Reflux (GERD)

Acid reflux is also called gastroesophageal reflux disease (GERD). Your stomach makes acid to help digest food. Acid reflux happens when acid from your stomach goes into the tube between your mouth and stomach (esophagus). Your stomach is protected from the acid, but this tube is not. When acid gets into the tube, it may cause a burning feeling in the chest (heartburn). Besides heartburn, other health problems can happen if the acid keeps going into the tube. Some causes of acid reflux include:
Being overweight.
Smoking.
Drinking alcohol.
Eating large meals.
Eating meals and then going to bed right away.
Eating certain foods.
Increased stomach acid production.

HOME CARE

Take all medicine as told by your doctor.
You may need to:   .
Lose weight.
Avoid alcohol.
Quit smoking.
Do not eat big meals. It is better to eat smaller meals throughout the day.
Do not eat a meal and then nap or go to bed.
Sleep with your head higher than your stomach.
Avoid foods that bother you.
You may need more tests, or you may need to see a special doctor.

GET HELP RIGHT AWAY IF:

You have chest pain that is different than before.
You have pain that goes to your arms, jaw, or between your shoulder blades.
You throw up (vomit) blood, dark brown liquid, or your throw up looks like coffee grounds.
You have trouble swallowing.   :
You have trouble breathing or cannot stop coughing.
You feel dizzy or pass out.
Your skin is cool, wet, and pale.
Your medicine is not helping.

MAKE SURE YOU:

Understand these instructions.
Will watch your condition.
Will get help right away if you are not doing well or get worse.

Document Released: 06/05/2009  Document Re-Released: 03/14/2011
ExitCare® Patient Information ©2011 ExitCare, LLC.

Print Date: 12/23/2017 11:09            Confidential Medical Record                    Page 16 of 22

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04      Exhibit Pg 35

Patient: SMITH, DWIGHT HUGH   MRN: 51153538   Encounter: 1812981424

```
Gwinnett Hospital System
Coding Summary Report
Patient Name:              SMITH,DWIGHT
MRN #:                     51153538
Account #:                 1812981424

Facility Name:
Facility Code:             110087
Financial Class:           P,Self Pay
Payer ID:
Patient Type:              LEA
Admit Date:                05/09/18
Discharge Date:            05/10/18
Discharge Disposition:     A1,OP - DC - Home
Age:                       47
Sex:                       M
Attending MD:              17952,BRYANT,ALYSSA
Coder:                     shrogers
Coding Status:             BillingWait
Grouper Type:
Grouper Version:
DRG:
DRG Weight:
SOI:
ROM:
Analysis DRG:
Analysis DRG Weight:
Analysis SOI:
Analysis ROM:
I10 DX1:    K92.1     MELENA                                    POA :
I10 DX2:    K50.00    CROHNS DISEASE SM INTEST W/O COMP         POA :
I10 Admit DX:K92.1    MELENA
```

Exhbr Pg 36

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1812981424

Gwinnett Medical Center - Lawrenceville                                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

### Emergency Department Chart

| | |
|---|---|
| Patient Name:  SMITH, DWIGHT | Account Number:  1812981424 |
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970    Gender:  M |
| Arrival Date: 05/09/2018 23:51 | Primary MD: |
| Visit Date:    05/09/2018 23:54 | Attending MD:Alyssa Bryant MD |

### Discharge Instructions

**Bloody Stools, Easy- to- Read**
Bloody Stools

Bloody stools means there is blood in your poop (stool). It is a sign that there is a problem somewhere in the digestive system. It is important for your doctor to find the cause of your bleeding, so the problem can be treated.

HOME CARE
> Only take medicine as told by your doctor.
> Eat foods with fiber (prunes, bran cereals).
> Drink enough fluids to keep your pee (urine) clear or pale yellow.
> Sit in warm water (sitz bath) for 10 to 15 minutes as told by your doctor.
> Know how to take your medicines (enemas, suppositories) if advised by your doctor.
> Watch for signs that you are getting better or getting worse.

GET HELP RIGHT AWAY IF:
> You are not getting better.
> You start to get better but then get worse again.
> You have new problems.
> You have severe bleeding from the place where poop comes out (rectum) that does not stop.
> You throw up (vomit) blood.
> You feel weak or pass out (faint).
> You have a fever.

MAKE SURE YOU:
> Understand these instructions.
> Will watch your condition.
> Will get help right away if you are not doing well or get worse.

Document Released: 12/06/2010 Document Revised: 03/11/2013 Document Reviewed: 05/04/2012
ExitCare® Patient Information ©2014 ExitCare, LLC.

Exhibt Pg 37

OneContent: Generated By NS\e995168    Generated On: 05/24/2022 09:04

Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1812981424

Gwinnett Medical Center - Lawrenceville                                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

## Emergency Department Chart

| Patient Name: SMITH, DWIGHT | Account Number: 1812981424 |
|---|---|
| Medical Rec. Number: 51153538 | Birthdate: 06/09/1970    Gender: M |
| Arrival Date: 05/09/2018 23:51 | Primary MD: |
| Visit Date:    05/09/2018 23:54 | Attending MD:Alyssa Bryant MD |

## Discharge Instructions

**Gastrointestinal Bleeding**
Gastrointestinal Bleeding (GI Bleeding)
(Bleeding from the Stomach, and/or Small Bowel,
and/or Large Bowel/Colon)

Gastrointestinal (GI) bleeding is bleeding from the gut or any place between your mouth and anus. If bleeding is slow, you may be
allowed to go home. If there is a lot of bleeding, hospitalization and observation are often required.

SYMPTOMS
You vomit bright red blood or material that looks like coffee grounds.
You have blood in your stools or the stools look black and tarry.

DIAGNOSIS
Your caregiver may diagnose your condition by taking a history and a physical exam. More tests may be needed, including:
X-rays.
EGD (esophagogastroduodenoscopy), which looks at your esophagus, stomach, and small bowel through a flexible telescope-like
instrument.
Colonoscopy, which looks at your colon/large bowel through a flexible telescope-like instrument.
Biopsies, which remove a small sample of tissue to examine under a microscope.

FINDING OUT THE RESULTS OF YOUR TEST
Not all test results are available during your visit. If your test results are not back during the visit, make an appointment with your
caregiver to find out the results. Do not assume everything is normal if you have not heard from your caregiver or the medical
facility. It is important for you to follow up on all of your test results.

HOME CARE INSTRUCTIONS
Follow instructions as suggested by your caregiver regarding medicines. Do not take aspirin, drink alcohol, or take medicines for
pain and arthritis unless your caregiver says it is okay.
Get the suggested follow-up care when the tests are done.

SEEK IMMEDIATE MEDICAL CARE IF:
Your bleeding increases or you become lightheaded, weak, or pass out (faint).
You experience severe cramps in your stomach, back, or belly (abdomen).
You pass large clots.
The problems which brought you in for medical care get worse.

MAKE SURE YOU:
Understand these instructions.
Will watch your condition.
Will get help right away if you are not doing well or get worse.

Document Released: 12/15/2001  Document Re-Released: 03/14/2011
ExitCare® Patient Information ©2011 ExitCare, LLC.

## Discharge Summary

Chief Complaint: Blood in stools.. Primary Diagnosis: Painless rectal bleeding.. Discharge Prescriptions: Cipro 500 mg tablet  1
tablet(s)  Orally  2 Times A Day  (10 tablet(s)).. ( 05/10/2018 06:08)

## Substance Use

**Reviewed**
Substance Use reviewed.  [Alyssa Bryant MD: 05/10/2018 00:16]

OneContent: Generated By NS\e995168   Generated On: 05/24/2022 09:04   Exhibit P - 38

Case 1:24-cv-05965-SEG    Document 1    Filed 12/27/24    Page 65 of 136

USCA11 Case: 23-13273    Document: 15    Date Filed: 04/17/2024    Page: 69 of 126
Patient: SMITH, DWIGHT HUGH    MRN: 51153538    Encounter: 1812981424

Gwinnett Medical Center - Lawrenceville                                                    Final
1000 Medical Center Boulevard
Lawrenceville, GA 30046
678-312-1000

## Emergency Department Chart

| Patient Name:  SMITH, DWIGHT | Account Number:  1812981424 |
| Medical Rec. Number:  51153538 | Birthdate:  06/09/1970    Gender:  M |
| Arrival Date:  05/09/2018 23:51 | Primary MD: |
| Visit Date:    05/09/2018 23:54 | Attending MD:Alyssa Bryant MD |

## Patient Problems

Patient reports, "No Known Problems" [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (AMN 02/07/2016 , 19:21)
Acute lower gastrointestinal hemorrhage [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JKH 09/13/2017 23:35)
Hemorrhagic shock [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JKH  23:35)
Crohn's disease of intestine [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] ( 09/16/2017 21:38)
history hematochezia [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JGB3  12/22/2017 01:23)
Abdominal pain [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JGB3  01:23)
Terminal ileitis [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JGB3  01:23)
Fistula [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:01.] (JGB3  01:23)
Painless rectal bleeding [Confirmed by Alyssa Bryant MD on 05/10/2018 02:56:14.] (AB  02:56)

#### Reviewed

Problems reviewed.  [Alyssa Bryant MD:  05/10/2018 00:16] (AB  05/10/2018 00:16)

## Past Surgical History/Major Procedures

COLONOSCOPY 09/14/2017 [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:19.] () 09/14/2017 19:14 EGD, GOLD PROBE TO CONTROL BLEEDING CLIP APPILED 09/14/2017 [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:19.] () 09/15/2017 10:41 Control Bleeding in Gastrointestinal Tract, Via Natural or Artificial Opening Endoscopic 09/14/2017 [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:19.] Inspection of Lower Intestinal Tract, Via Natural or Artificial Opening Endoscopic 09/14/2017 [Confirmed by Alexander J McCarthy EDRN on 05/10/2018 00:18:19.] () 10/19/2017 13:58 Past Surgical History/Major Procedures reviewed.  [Alyssa Bryant MD:  05/10/2018 00:16] (AB) 05/10/2018 00:16

## Review of Systems

No fever.  No chills.  No cough.  No shortness of breath.  Has bloody/black stools.  No nausea.  No vomiting.  No diarrhea.  No abdominal pain.  Except as noted, all other ROS negative.  (AB) 05/10/2018 05:20

## Social History

The patient has no TB risks or symptoms.  TB screening score = 0.  (AJM) 05/10/2018 00:18

## Family History

No Relevant Family History.  [Alyssa Bryant MD:  05/10/2018 00:16] (AB) 05/10/2018 00:16

## Physical Exam

GENERAL:
Vital signs reviewed. Alert. The patient appears to be in no acute distress. (AB) 05/10/2018 05:23

ENT:
No evidence of venous jugular distension. The neck is supple, with no evidence of meningismus. (AB) 05/10/2018 05:23

PULMONARY:
Currently in no acute respiratory distress. Normal, non labored respirations. The breath sounds are normal, with good equal air movement. (AB) 05/10/2018 05:23 The chest wall is not tender to palpation. (AB) 05/10/2018 05:23

CIRCULATORY:
Regular rate and rhythm. No murmur. No rub. No gallop. Peripheral pulses are strong and equal. (AB) 05/10/2018 05:23

ABDOMEN:
The abdomen is soft and nontender to palpation. No organomegaly. No guarding. No rebound tenderness. (AB) 05/10/2018 05:23 No peritoneal signs.  (AB) 05/10/2018 05:23

Exhibt P& 39

OneContent: Generated By NS\e995168    Generated On: 05/24/2022 09:04

# EMORY
## HEALTHCARE

EMORY JOHNS CREEK HOSPITAL
6325 Hospital Parkway
Johns Creek, GA 30097-

Patient:    SMITH, DWIGHT HUGH
MRN:        EJC_02375282
DOB:        6/9/1970

Admit Date:        9/19/2021
Discharge Date:  9/21/2021
Encounter #:  70252851262

## Administrative Documents

APR DRG MDC Text: DISEASES AND DISORDERS OF THE DIGESTIVE SYSTEM
APR DRG Version: 380
Admit Diagnosis (Code/Text): K922 Gastrointestinal hemorrhage, unspecified
Principal Diagnosis (POA/Code/Text): Y K922 Gastrointestinal hemorrhage, unspecified
Secondary Diagnosis (POA/Code/Text): Y * D62 Acute posthemorrhagic anemia
Y    E876 Hypokalemia
Y    Z20822 Contact with and (suspected) exposure to COVID-19
Principal Procedure (Code/Text/Provider/Date): 30233N1 Transfusion of Nonautologous Red
Blood Cells into Peripheral Vein, Percutaneous Approach Kim, Jae 09/20/21
Secondary Procedure(s) (Code/Text/Provider/Date): 0DJD8ZZ Inspection of Lower Intestinal
Tract, Via Natural or Art Kim, Jae 09/20/21
Date Sent to Billing: 09/27/21
Date Coded: 09/27/21
Date Abstracted: 09/27/21
Abstract Status: Complete-release to billing

DOCUMENT NAME:                          ED Assistance Summary Form-Text
SERVICE DATE/TIME:                      9/19/2021 02:45 EDT
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Lumsden,Michael T (9/19/2021 02:45 EDT)
SIGN INFORMATION:                       Lumsden,Michael T (9/19/2021 02:45 EDT)

**ED Assistance Summary Entered On: 09/19/2021 02:45 EDT**
**Performed On: 09/19/2021 02:45 EDT by Lumsden, Michael T**

**Assistance Summary**
*Assistance Summary Not Applicable* : N/A

Lumsden, Michael T - 09/19/2021 02:45 EDT

**Confidentiality Statement**    This information is subject to all state and federal laws regarding confidentiality
and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized
use, disclosure, or reproduction of this information is strictly prohibited.

Chart Request ID:   175003165
Print Time:         11/24/2021 15:49 EST

Exbibit 39

# EMORY
## HEALTHCARE

**EMORY JOHNS CREEK HOSPITAL**
6325 Hospital Parkway
Johns Creek, GA 30097-

| | |
|---|---|
| Patient: | SMITH, DWIGHT HUGH |
| MRN: | EJC_02375282 |
| DOB: | 6/9/1970 |

| | |
|---|---|
| Admit Date: | 9/19/2021 |
| Discharge Date: | 9/21/2021 |
| Encounter #: | 70252851262 |

---

### ED Physician Report

Auto Nucleated Red Bood Cell, Absolute    <0.01 10E3/mcL

## Reexamination/ Reevaluation

Assessment: Dyue to level of visible blood loss, pateitnt yped and crossed for one unit. Will be admitted. .

## Impression and Plan

Diagnosis
Rectal bleeding

*Electronically Signed on 09/22/2021 11:55 PM by Khalid, Usama, MD*

---

**Confidentiality Statement**    This information is subject to all state and federal laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

| | |
|---|---|
| Chart Request ID: | 175003165 |
| Print Time: | 11/24/2021 15:49 EST |

Exhibit 40

# EMORY HEALTHCARE

EMORY JOHNS CREEK HOSPITAL
6325 Hospital Parkway
Johns Creek, GA 30097-

Patient:   SMITH, DWIGHT HUGH
MRN:      EJC_02375282
DOB:      6/9/1970

Admit Date:      9/19/2021
Discharge Date:  9/21/2021
Encounter #:    70252851262

## History and Physical

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

History and Physical Hospital
9/19/2021 03:05 EDT
Auth (Verified)
Hill,Hana K (9/19/2021 03:08 EDT)
Hill,Hana K (9/19/2021 03:08 EDT)

### Patient Demographics
Name:   SMITH, DWIGHT HUGH
Sex:   Male
Date of Birth:   06/09/1970
MRN:   EJC_02375282
FIN:   70252851262

### Chief Complaint
BLOOD IN STOOL

### History of Present Illness
ED requested admission to HMS for rectal bleed

c/o large amount of BRBPR x 4 episodes since 11 pm
a/w some dizziness and nausea
had liquid stool night before yesterday
otherwise denies fever, chills, vomiting, abd pain
reports hx anal fistula requiring ICU admission and transfusion in 2017 at OSH
s/p repair x4, most recently in Feb 2021
c scope 2 yrs ago unremarkable other than the fissure per pt
took leftover cipro and flagyl PTA
denies taking asa, nsaids

in the ED, vss
h&h 12.5/ 39:9 (hgb 14 in 11/2020 per pt's personal record)

### Review of Systems
10 systems were reviewed and negative except as mentioned above.

### Physical Exam

Vitals & Measurements
T: 37.2 °C  TMIN: 36.8 °C  TMAX: 37.2 °C  HR: 91  RR: 20
BP: 124/86  SpO2: 100%  WT: 74.1 kg  BMI: 24.1
General: No acute distress.
HEENT: Normocephalic, pupils equal and round, moist mucous membranes.
Neck: Supple.
Cardiovascular: RRR, no harsh murmurs appreciated.
Respiratory: CTAB, nonlabored breathing.

### Problem List/Past Medical History
Ongoing
No qualifying data
Historical
No qualifying data
anal fissure, otherwise denies

### Medications
Inpatient
Acetaminophen 325 mg tab (acetaminophen), 650 mg= 2 tab(s), PO, q6hr, PRN
lactated ringers 1,000 mL (LR 1,000 mL), 1000 mL, IV
Al/Mg hydrox/Simeth (Maalox) liq 30mL UD (Maalox), 30 mL, PO, q6hr, PRN
Melatonin 3 mg tab (Melatonin), 3 mg= 1 tab(s), PO, qHS, PRN
piperacillin-tazobactam in ns (piperacillin-tazobactam ivpb), 4.5 gm= 100 mL, IVPB, every8hr
Home
No active home medications

### Allergies
No known allergies

### Social History
Alcohol: social
Tobacco: denies
Illicit drugs: denies

### Family History
reviewed with the pt, denies significant hx, parents are healthy

### Immunizations
No qualifying data available.

### Lab Results
Lab Fishbone (BMP, CBC, CMP, Diff)  and critical labs -
Last 24 hours
(Not an official lab report.  Please see flowsheet (or printed official lab reports) for official lab results.)

**Confidentiality Statement**     This information is subject to all state and federal laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

Chart Request ID:   175003165
Print Time:         11/24/2021 15:49 EST

Exhibit 41

# EXHIBIT 3

# O'KELLEY & SOROHAN

ATTORNEYS AT LAW, LLC

JOE F. O'KELLEY, JR.

DIEDRA L. SOROHAN

2170 SATELLITE BLVD.
SUITE 375
DULUTH, GEORGIA 30097
DIRECT LINE: (770) 622-2662
FAX: (678) 812-1173

March 3, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**AND FIRST CLASS MAIL U.S. P.S.**

**CERTIFIED MAIL ARTICLE NO.**
**9407111899560511810556**

Catherine Smith, Dwight Smith, and All Others
480 Leasingham Way
Johns Creek, GA 30097

## NOTICE TO VACATE PROPERTY ON OR BEFORE
## MARCH 6, 2021 AT 11:59 P.M

**Re: Material Lease Violation and Notice to Vacate the Property Located at 480
Leasingham Way, Johns Creek, GA 30097**

Dear Catherine Smith, Dwight Smith, and All Others:

This firm represents AMH 2014-1 Borrower, LLC (the "Landlord") and AH4R Management –
GA, LLC (d/b/a "American Homes 4 Rent") (the "Property Manager") with regard to that certain
Residential Lease Agreement ("Lease") wherein the Landlord leased to you, Catherine Smith
and Dwight Smith, as tenants, the real property located at 480 Leasingham Way, Johns Creek,
GA 30097 ("Property"). The purpose of this correspondence is to notify you that you have
breached your obligations under the Lease as explained in more detail below:

## I.    Prohibited Activity

In Section 16 of the Landlord's Rule and Regulations addendum, which is incorporated into and
made a part of the Lease, you agreed not to obstruct, interfere with, or infringe on the rights of
other neighbors. Furthermore, in Section 16, you agreed not to permit any part of the Property to
be used in connection with any unlawful activity or with any activity that is a nuisance,
offensive, noisy, or dangerous.

It has come to the Landlord's attention that you have been involved in numerous incidents that
are in direct violation of Section 12 of the Landlord's Rule and Regulations addendum. Per the
reports from the Johns Creek Police, neighbor complaints, and other evidence, it has been
determined that you have engaged in activity that neighbors have deemed harassing in nature.
Futhermore, the Johns Creek Police Department received several reports that you have acted in a
menacing and threatening manner towards other neighbors, and interfered with their peaceable
and private enjoymet of their home. Said criminal activities are reported to have occurred on
and/or near the Property. This is a clear violation of your lease agreement.

*480 Leasingham Way, Johns Creek, GA 30097*
Page 2 of 2

**YOU ARE HEREBY DEMANDED TO CEASE ENGAGING IN ACTIVITES TOWARDS OTHER NEIGHBORS THAT COULD BE CONSIDERED TO BE MEANCING, THREATNING, STALKING, OR HARASSING.**

**For the safety of all those involved, the Landlord takes allegations of this nature seriously. A single violation of any provision in the lease agreement is deemed a serious and material breach of the Lease, and good cause for immediate termination of the tenancy.**

**Based on these direct and material breaches of the Lease, the Landlord is exercising its right to terminate the Lease immediately and you are expected to vacate the Property on or before March 6, 2021 at 11:59 P.M.**

You remain responsible for rent, utilities, and all other fees incurred as a result of your occupancy in the Property through March 6, 2021, or the date that you vacate the Property, whichever occurs last. While my clients may accept rental payments through the time period provided to vacate the Property, such acceptance of payments shall not constitute a waiver of rights to proceed with filing a subsequent dispossessory proceeding should you fail to vacate the Property by March 6, 2021 at 11:59 P.M.

If you continue to reside in the Property beyond March 6, 2021, you will be deemed a holdover tenant, and the Landlord shall have all remedies under Georgia law, including the right file a dispossessory action against you.

The Landlord reserves all rights to pursue any claims for damages to the property that were the result of your actions or omissions in maintaining the property, normal wear and tear excluded. The Landlord asserts a right to any amounts to which it may be entitled, including any amounts set forth in Section 5 of the Lease. Our client also reserves the right to pursue any and all available legal and/or equitable remedies it may have against you

Should you further damage the Property upon vacating the same, in addition to seeking criminal enforcement, our client maintains the right to pursue reimbursement for the costs associated with restoring the Property to the condition it was when the same was conveyed to you at the beginning of the Lease term.

Upon receipt of this letter, please contact our office immediately at (770) 622-2662 so that we can coordinate a move-out inspection of the Property, the return of all keys, and obtain possession. **Failure to comply will result in a dispossessory action against you.**

Sincerely,

Gabrielle E. Espy
Attorney at Law
O'Kelley & Sorohan, Attorneys at Law, LLC

# EXHIBIT 4

# O'KELLEY & SOROHAN

## ATTORNEYS AT LAW, LLC

JOE F. O'KELLEY, JR.

DIEDRA L. SOROHAN

2170 SATELLITE BLVD.
SUITE 375
DULUTH, GEORGIA 30097

JOSEPH P. FARRELL
MAIN OFFICE (770) 497-1880
DIRECT: (678) 252-0057
JFarrell@oslawllc.com

December 30, 2022

**VIA FEDEX AND**
**FIRST CLASS MAIL U.S.P.S.**
Dwight Smith and All Others
480 Leasingham Way
Johns Creek, GA 30097

**FEDEX TRACKING NO.:**
7709 1166 1289

*Also, via Email:*
dwighthlsmith@yahoo.com

## NOTICE OF TERMINATION OF MONTH-TO-MONTH TENANCY AND SIXTY (60) DAY NOTICE TO VACATE, OR BY TUESDAY, FEBRUARY 28, 2023

**Re:    Demand for Possession of Property at 480 Leasingham Way, Johns Creek, GA 30097**

Dear Dwight Smith and All Others:

This firm represents AMH 2014-1 Borrower, LLC (the "Landlord") and AH4R Management – GA, LLC (d/b/a "American Homes 4 Rent") (the "Property Manager") with regard to that certain Residential Lease Agreement with a commencement date of January 8, 2021 ("Lease"), wherein the Landlord leased to you, as a tenant, the above-referenced real property, 480 Leasingham Way, Johns Creek, GA 30097 (the "Premises").

The Expiration Date of your Lease was January 10, 2022, thereafter, the Lease automatically renewed on a 'month-to-month' basis. The Landlord has elected to terminate your month-to-month Lease. Therefore, please allow this letter to serve as my clients' Notice of Termination of Month-to-Month Tenancy and Sixty (60) Day Notice to Vacate with respect to the Premises, which will expire **SIXTY (60) DAYS** from today, on February 28, 2023. If at the end of the thirty-day time frame, or by 11:59 p.m. on February 28, 2023, you fail or refuse to vacate the Premises, the Landlord will demand immediate possession of the Premises and an eviction action will be commenced seeking possession of the Premises against you for wrongful holdover, to also include, but not limited to, seeking any current arrears, reasonable attorney's fees, and litigation costs.

[THIS IS A TWO-PAGE NOTICE]

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

While my clients may accept rental payments through the sixty (60) days, such acceptance of payments shall not constitute a waiver of rights to proceed with filing a subsequent dispossessory proceeding should you fail to vacate the Premises by 11:59 p.m. on February 28, 2023. Please contact the Landlord or Property Manager prior to February 28, 2023, to schedule a move-out inspection and coordinate the delivery of possession of the Premises. Further, my clients reserve all their rights to pursue any claims for damages to the Premises that are the result of your actions or omissions in maintaining the Premises, normal wear and tear excluded.

Sincerely,

*/s/ Joseph P. Farrell*

Joseph P. Farrell, Attorney at Law
O'Kelley & Sorohan, Attorneys at Law, LLC

cc:    AMH 2014-1 Borrower, LLC
       AH4R Management – GA, LLC (d/b/a "American Homes 4 Rent")

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT 5

Re: Reasonable Accommodation Request For More Time to Comply with Notice for DWIGHT SMITH –
480 LEASINGHAM WAY DULUTH GA 30097.

From:  dwight smith (dwighthlsmith@yahoo.com)

To:      GEspy@oslawllc.com

Cc:      lstephens@ah4r.com

Date:  Saturday, March 20, 2021 at 09:30 PM EDT


3/20/21

To: AH4R – America Home 4 Rent

 From:  DWIGHT SMITH

480 LEASINGHAM WAY

DULUTH GA 30097

770 344 9027

DWIGHTHLSMITH@YAHOO.COM


Re: Reasonable Accommodation Request For More Time to Comply with Notice for DWIGHT SMITH – 480
LEASINGHAM WAY DULUTH GA 30097.

This letter serves as a formal reasonable accommodation request regarding the Notice dated March 9 2021, in which
you ask me to vacate the property by March 27.

I am requesting that you give me until May 30, 2021 to comply with the notice as a reasonable accommodation for my
**Disabilities.**

I am a person with physical disabilities. As a result of my disabilities and recent surgery, it would be difficult for me to
comply with the notice on such a short timeline because I cannot lift boxes or engage in physical activities and my
medical provider is close in proximity to the residence 480 Leasingham.

I am looking for another home in the area.  Due to **Covic** it's been hard to find a location that would allow me to
continue to take care of my Disabilities.  Moving right now would cause extreme harm to my health.

 As a housing provider that operates single and multi-family housing, you are subject to the Federal Fair Housing Act
(FHAA), and the Georgia Housing Act.

 Both federal and state fair housing laws make it unlawful for a housing provider to discriminate against people with
disabilities.  The FHAA requires housing providers to "make reasonable accommodations in rules, policies, practices,
or services" in order to grant a person with disabilities "equal opportunity to use and enjoy a dwelling." 42 U.S.C. §
3604(f)(3)(B); 24 C.F.R. § 100.204(a); Giebeler v. M & B Assocs., 343 F.3d 1143, 1146 (9th Cir. 2003).

 Specifically, the FHAA "'imposes an affirmative duty upon landlords reasonably to accommodate the needs of [people
with disabilities],' not only with regard to the physical accommodations" but also with regard to the "administrative
policies governing rentals," such as policies governing the termination of tenancy in rental properties.

 In conclusion, I am a person with a disability who needs more time to comply with the notice More specifically, I am
requesting that you give me until May 30, 2021.

If you cannot grant my request, please allow the interactive process to engage and allow me to try and reach an accommodation that meets my disability-related needs. Due to the time-sensitive nature of the situation, I request a response from you as soon as possible.

You can reach me at 770-344-9027 or by email at DwightHLsmith@yahoo.com. Please be aware that an undue delay in responding to a reasonable accommodation request may be construed as a denial. A landlord's failure to grant a reasonable accommodation request may be used as an affirmative defense in an unlawful detainer action.

Sincerely

Dwight Smith

3/20/2021

On Monday, March 15, 2021, 04:47:21 PM EDT, Gabrielle Espy <gespy@oslawllc.com> wrote:

I am out of the office. If you need immediate assistance, please contact my legal assistant, Jonathan Daniel at JDaniel@oslawllc.com, or my colleague, Joe Farrell at JFarrell@oslawllc.com.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT 6

## RE: Leas Violation - Criminal Activity | 480 Leasingham Way

From: mcohen@nsidelaw.com (mcohen@nsidelaw.com)

To: dwighthlsmith@yahoo.com

Date: Tuesday, April 20, 2021 at 11:15 AM EDT

This is so unbelievable. I hate this for you

Michael J. Cohen
Northside Law Center, LLC
3340 Peachtree Rd. NE, Suite 2570
Atlanta, GA 30326
Off (404) 303-2733; Off Fax (404)-445-0419
Cell (404) 309-9050
mcohen@nsidelaw.com

> **From:** dwight smith <dwighthlsmith@yahoo.com>
> **Sent:** Tuesday, April 20, 2021 11:13 AM
> **To:** mcohen@nsidelaw.com
> **Subject:** Re: Leas Violation - Criminal Activity | 480 Leasingham Way
>
> We are paralized by the harassment and been unable to make a decision. Need to get a chance to stand back and make decison. Been ambushed with sensor cameras, garbage confrontation and verbal abuse.
>
> Last week we stayed in the house for 4 days. Unable to get food or water and afraid to order take out.
>
> Will get back to you in a few days. Unable to protect ourselves.
>
> On Tuesday, April 20, 2021, 11:06:19 AM EDT, mcohen@nsidelaw.com <mcohen@nsidelaw.com> wrote:
>
> This is nuts. Please give me a date to vacate. I am sorry you are going through this
>
> Michael J. Cohen
>
> Northside Law Center, LLC
>
> 3340 Peachtree Rd. NE, Suite 2570
>
> Atlanta, GA 30326
>
> Off (404) 303-2733; Off Fax (404)-445-0419

Cell (404) 309-9050

mcohen@nsidelaw.com

**From:** Gabrielle Espy <GEspy@oslawllc.com>
**Sent:** Tuesday, April 20, 2021 10:49 AM
**To:** mcohen@nsidelaw.com
**Cc:** Jonathan Daniel <JDaniel@oslawllc.com>
**Subject:** Leas Violation - Criminal Activity | 480 Leasingham Way

Good Afternoon Mr. Cohen,

It appears that yesterday the Johns Creek Police surrounded 480 Leasingham Way ("Property") with guns drawn.

In Section 16 of the Landlord's Rule and Regulations addendum, which is incorporated into and made a part of the Lease pursuant to Section 12, the tenants of the Property ("Tenants") agreed not to obstruct, interfere with, or infringe on the rights of other neighbors. Furthermore, in Section 16, the Tenants agreed not to permit any part of the Property to be used in connection with any illegal or unlawful activity or with any activity that is offensive, noisy, or dangerous.

There has been a clear violation of Sections 12 and 16 of the Lease that prohibits any criminal activity on or near the Property. We are concerned for the safety of residents, guests, and neighbors should the Tenants continue to reside in the Property. **Accordingly, my clients demand the tenants immediately vacate the Property.**

The Tenants remain responsible for rent, utilities, and all other fees incurred as result of their occupancy in the Property through the day that they vacate the Property. While my clients may accept rental payments before the Tenants vacate the Property, such acceptance of payments shall not constitute a waiver of rights to proceed the current dispossessory proceeding.

The Landlord reserves all rights to pursue any claims for damages to the Property that were the result of the Tenants' actions or omissions in maintaining the Property, normal wear and tear excluded. The Landlord asserts a right to any amounts to which it may be entitled, including any amounts set forth in Sections 4 of the Lease, such as late fees, attorneys' fees, and court costs. Our client also reserves the right to pursue any and all available legal and/or equitable remedies it may have against you

Should you further damage the Property upon vacating the same, in addition to seeking criminal enforcement, our client maintains the right to pursue reimbursement for the costs associated with restoring the Property to the condition it was when the same was conveyed to you at the beginning of the Lease term.

Upon receipt of this letter, please contact our office immediately at (678) 812-3677 so that we can coordinate a move-out inspection of the Property, the return of all keys, and obtain possession.

Also, your clients contacted our office via email, as seen attached. Our team will not respond to the Tenants directly due to your current representation.


Best Regards,


**Gabrielle E. Espy | Attorney**

**O'Kelley & Sorohan, Attorneys at Law, LLC**

2170 Satellite Blvd, Ste. 375 | Duluth, Georgia | 30097

**Direct:** 678.812.3677 | **Fax:** 678.812.1173

www.okelleyandsorohan.com


# O'KELLEY & SOROHAN
### ATTORNEYS AT LAW, LLC
*Celebrating 20 Years*
*2001 · 2021*


## ALTA Best Practices Certified!


LEGAL DISCLAIMER: No attorney-client relationship is created by this message. The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender immediately and delete the material from any computer.


FAIR DEBT COLLECTION PRACTICES ACT NOTICE: THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.


### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

nobody call the police on a chi wa wa. this is what we have been dealing with the last two years. Mandys bite was a sideways nip that means that she came onto the property to touch the dog. She has done that before. three adults

# EXHIBIT 7

## OFFICER WILSON BODY CAM 4/19/2021
## IMAGE OF OFFICER ROWE: PISTOL IN HIGH READY
## POSITION TIMESTAMP 8:14



## OFFICER WILSON BODY CAM 4/19/2021

## IMAGE OF OFFICER EHRENREICH: TIME STAMP 8:21



Ps 1

## OFFICER WILSON BODY CAM 4/19/2021





$\rho_S 2$

## OFFICER WILSON BODY CAM 4/19/2021



### PICTURE OF PLAINTIFF TIME STAMP 8:59



/₃ 3

## OFFICER ROWE BODY CAM 4/19/2021:
## Officer Ehrenreich Officer Rowe Body Cam Hands on
## trigger



## OFFICER ROWE POINTING GUN AT HOME



$\int$ 4



**OFFICER ROWE BODY CAM 4/19/2021:**
**PICTURE OF OFFICER ROW FROM OFFICER WILSON**
**BODY CAM TIME STAMP 8:14 *Hand on Trigger⬚ Officer is**
**in a safe distance/position⬚There is no threat**





$Pg \ 5$

## OFFICER ROWE BODY CAM 4/19/2021:





$P_3 6$

**OFFICER ROWE BODY CAM 04/19/2021**



$\int_8 7$

**OFFICER EHRENREICH BOBY CAM 4/19/2021:**





OFFICER EHRENREICH WAS NOT VISIBLE AT THE TIME HE
ALLEGED AN ATTACK.  HE WAS STANDING NEAR THE EDGE
OF THE DECK WHERE HE WAS NOT VISISBLE TO THE
PLAINTIFF BYRANT SMITH OR CATHERINE SMITH:  BODY
CAM TIME STAP 8:07:30

$P_s$ &

**OFFICER EHRENREICH BOBY CAM 4/19/2021:**



OFFICER EHRENREICH RUN TO THE CORNER OF THE DECK
WHICH TOOK 4 SECONDS.  AFTER ALLEGING HE IS UNDER
ATTACK. TIME STAMP BODYCAM 8:07:34



/s 7

## PICTURE OF OFFICER EHRENREICH FROM OFFICER
## WILSON BODY CAM: TIMESTAMP 8:21
## - HANDS ON TRIGGER –



$P_3$ 10

**VIEW OF PLAINTIFF BACK DECK:**





$Ps11$

P. 13/12





OFFICER HODGE BODY CAM 4/19/2021

## OFFICER HODGE DASH CAM 4/19/2021





$P_3 \ 13$

## OFFICER HODGE DASH CAM 4/19/2021





$P_3$ 14

## OFFICER HODGE DASH CAM 4/19/2021





$P_3$ 15

## OFFICER HODGE DASH CAM 4/19/2021



$P_S$ 16

## OFFICER MASARELLI BODY CAM 4/19/2021





$P_g$ 17

**OFFICER MASARELLI BODY CAM 4/19/2021**



## HAND ON TRIGGER



$P_5 18$

**OFFICER MASARELLI BODY CAM 4/19/2021**
**Hand on Trigger Pointing Gun  at Plaintiff House**





$P_S 19$

**OFFICER MASARELLI BODY CAM 4/19/2021**



**Gun held in high position above knee and pointing at house**

$P_s$ 20

## OFFICER ROSENQUIST BODY CAM 4/19/2021



## OFFICER ROSENQUIST CARRING A SHIELD: FROM OFFICER SMITH BODY CAM



$P_s$ 21

## OFFICER ROSENQUIST BODY CAM 4/19/2021



$\int_{\mathcal{S}} 22$

## OFFICER TAIT BODY CAM 4/19/2021





$\int_{\delta} 23$

## **OFFICER TAIT BODY CAM 4/19/2021**



$\rho_8 24$

## OFFICER LOWELL BODY CAM 4/19/2021





Pc 25

## OFFICER SMITH BODY CAM 4/19/2021





$P_8\ 26$

## OFFICER SMITH BODY CAM 4/19/2021





Pg 27

## OFFICER SMITH BODY CAM 4/19/2021



$P_S$ 28

## OFFICER OKESSON BODY CAM 4/19/2021





$l_\delta$ 29

# EXHIBIT 8

## DECLARATION OF ADDITION FACTS OF OFFICER EHRENREICH ACTIONS UNDERNEATH PLAINTIFFS DECK FROM OFFICE EHREHREICH BODY CAM

### 4/19/2021 The Incident:

While underneath the back porch/deck area Plaintiffs Bryant Smith and Catherine Smith could not see Officer Ehrenreich.

Officer Ehrenreich Was acting outside the scope of his authority when he ran and called arrest and seized the Plaintiffs with an assault rifle without reasonable suspicion. Officer Ehrenreich was in a safe position more than 30 feet away from Catherine Smith or Bryant Smith. No threats were made or any actions that would cause Officer Ehrenreich to fear for his safety.[1]

---

We look to the totality of the circumstances to decide if the police had reasonable suspicion. See United States v. Lindsey, 482 F.3d 1285, 1290 (11th Cir. 2007). This reasonable-suspicion inquiry ultimately hinges on "both the content of information possessed by police and its degree of reliability." Alabama v. White, 496 U.S. 325, 330 (1990). To determine whether the reasonable articulable suspicion test is met, police and courts must analyze the totality of the circumstances with stress on the same factors (veracity, reliability, basis of knowledge, corroboration, etc.) Alabama v. White, 496 U.S. 325, 339 (1990).that are relevant in determining probable cause

1

## A REASONABLE JURY COULD FIND THAT OFFICER ENREICHICH DID NOT HAVE ARTICUALBLE REASONABLE SUSPICION AND/OR PROBABLE CAUSE TO ARREST THE PLAINTIFFS

Officer Ehrenreich was under the deck when Catherine Smith asked him to vacate

the property. Bryant and Both Catherine was on the deck but retreated back inside

of the house. Simultaneously at the same time, Officer Ehrenreich alleged for

unknown reasons to his dispatch the Plaintiffs are coming to attack him. Officer

Ehrenreich was not visible nor did the Plaintiff Catherine Smith or Bryant Smith

**did not hear** him allege the attack - This information was extracted from his body

cam.

While under the deck, Officer Ehrenreich kept yelling come get your dog without

being able to see Bryant Smith. At later point, he said Dwight Smith was Bryant

Smith. There is a big difference in the looks of both. Bryant is in his mid-twenties

and Dwight is in his Fifties.

Both Catherine Smith and Bryant Smith was standing near the back kitchen door,

which you cannot see from underneath the deck. The Kitchen door sits in the

middle of the deck.

When Catherine Smith told Bryant Smith to not go down below the deck area,

fearing for her sons' safety.

2

The police body cam shows, Officer Ehrenreich can be seen immediately turning

his body away from the stairs and running in the other direction. Within 4 seconds

you can hear him on the body cam call dispatch and state they are coming to attack

me **[without even looking back.]** You can also hear the **officer objectively state,**

no crime has been committed. He turns the corner after 4 seconds and the deck is

no longer visible as he is on the side of the house. He never looks to back to see if

he is being followed or if someone came down the stairs.

Several questions can come from this scenario, how could the officer determine if

someone is coming to attack him without looking back. There is no physical

evidence of someone running down the stairs. There is no audible evidence of

someone running down wooden stairs.

Plaintiff Catherine Smith dispute Officer Ehrenreich statement she was holding

Bryant Smith back. Catherine Smith never held Bryant arm or tried to hold him

back. Also, the fact is disputed that Bryant Smith came running down the stairs.

Officer Ehrenreich runs after Catherine him to leave the property.

Bryant made his own decision to remain on the deck and go back inside.

Furthermore, Because Bryant is 6 foot tall 200 pounds, there is no way Catherine

Smith could hold him back at 5 four 150 pounds.

3

In addition, the gate to the back deck was locked. The wooden steps are unstable because the deck is 30 years old and was in need of repair. In addition, it would take about 14 to 18 second to open the gate and make it down the stairs. The officer was gone within 4 seconds from the time Catherine Smith asked him to get off the property.

During the timeframe, Bryant Smith, did not make any noise or talk to the officer. Bryant Smith, did not make any movement or gestures. Bryant Smith, view of the officer was limited because he was under the stairs. Bryant Smith does not have a criminal record. Bryant Smith was not held back by Catherine Smith as the officer falsely alleged. Furthermore, Bryant Smith never went down the stairs as the officer falsely alleged.

The officer fled on his own personal reasons not having anything to do with the Plaintiffs actions. Plaintiffs believe he called for the warrantless arrest to retaliate because Catherine Smith asked him to vacate the property.

At some point, he told the first responding Officer Rowe, he is not trying to get attacked over a Chihuahua. He also told the responding officer Rowe, no crime was committed and the Plaintiffs did not have any weapons.

4

Officer Ehrenreich told another responding officer Tait, he did not see any

weapons. Officer Ehrenreich also told multiple officers including Officer Wilson,

Officer Okesson, and Officer Rosenquist, he did not see any weapons.

### Officer Ehrenreich changedhis allegation by shifting answers.

Officer Ehrenreich told Officer Wilson, Officer Rowe, and Officer Tait, Bryant
Smith came running down the stairs directly at him and he ran out of there.
Plaintiffs dispute this statement, there is no body cam evidence to support this
allegation

At another point, he told Officer Okesson, Bryant Smith told him to get off the
property while running down directly at him.  Plaintiffs dispute this statement
because Bryant Smith never spoke to him, nor is there any body cam evidence to
support this allegation.

### The officer alleged during the Internal Investigation the Following Story –

> While near the rear of the back deck, Ofc.
> Ehrenreich stated he was confronted by the
> homeowner, a possible Hispanic female, and a Black
> male. He said the female, later identified as Catherine
> Smith, was yelling at him to "get off our property."
> Ofc. Ehrenreich said Catherine was holding the male's
> arm, later identified as Dwight Smith, in an attempt to
> keep him from coming down the stairs…

> Ehrenreich stated Dwight Smith came charging down
> the stairs, which caused him to [begin to walk away.]
> Ofc. Ehrenreich said that once the male made it to the
> bottom of the steps, he fled toward the front for fear
> of being physically attacked. Ofc. Ehrenreich got out
> his patrol rifle, took up a cover position behind his

5

patrol vehicle, and continued to call out on the radio.

There is no evidence on the Body Cam that show Officer Enrenreich walking slowly then, eventually running. There is no evidence of Bryant Smith making it down the stairs. The Body Cam shows, the officer immediately running after being asked to vacate the property. This information conflicts an earlier version of alleging the Plaintiff bum-rushed straight at him down the stairs and he took off running immediately. This is a much different version of slowly waking away then running.

Furthermore, The Plaintiffs believe the officer was retaliating because Catherine Smith asked him to leave the property. He was in a safe position under the deck, being over 30 feet away from the Plaintiffs underneath the deck. After, making a decision to run to the front of the property, the officer was still in as safe position over 80 feet away from the back of the house and he was Safe at over 40 feet from the front door. At any rate, there was no need to call for arrest or pull an assault rifle as the plaintiffs posed no danger.

Once up front, Bryant Smith briefly opened the door, then closed the door. He was not aware that Ehrenreich was calling for arrest, because no one knew. He only seen a patrol car with someone standing behind the car holding a weapon and yelling. Officer Ehrenreich stated that was Cahterine Smith, which is also disputed.

6

At some point the officer mistakenly identified Dwight Smith as Bryant Smith.

The two look distinctively different. Bryant is young and have a beard. Dwight

Smith is 54 years old and 5, 9 around 160, Bryant Smith is 6 foot tall , 200 pounds.

Identification Issues Continued After the Incident, **Shifting Stories** to Try to

Articulate Reasonable Suspicion.

## NO VALID CHARGES AGAINST ANY OF THE PLAINTIFFS

The City of Johns Creek Also admit there was no valid charges based on their

internal investigation. Officer Wilson the in charge supervisor on his internal

investigation body cam admit there was no valid charges. Officer Hodge on his

police report admits there is no valid charges, and Officer Ehrenreich on his

internal investigation report admits there is no charges.

Furthermore, The Plaintiffs have never charged with any crime resulting from the

false arrest and seizure on 4/19/2021.

## A REASONABLE JURY COULD FIND THAT EHRENEICH DID NOT OBTAIN A WARRANT

Warrantless Arrest without a warrant, without reasonable suspicion, without

probable cause is unreasonable. At the time Ehrenreich called for arrest, he could

not articulated particularized suspicion or probable cause to invoke a warrantless

arrest.

Plaintiffs Expectation of Privacy:

The Plaintiffs' did not expect to be seized for going into their home and asking the

officer to leave the property. The Officers' Loud Yelling and calling for arrest can

7

be seen by society as intrusive, the house was surrounded by police officers.

Officer Hodge Dash Cam shows there were several neighbors walking throughout

the neighborhood or that were standing watching the incident.  The Plaintiffs

suffered psychological trauma as a result of the unlawful seizure intrusion and the

gun drawn and being pointed at the house.

Plaintiffs were on an enclosed back deck with the gate closed.  The officer

unlawfully acted outside the scope of his authority when he choose to retaliate

solely for the purpose of Catherine Smith asking him to leave the property.  [2]

The Plaintiffs back deck was used for exercise, prayer, family cookout, it was used

daily by their loving dog.  The deck/back porch sat off the eating area of the

Kitchen.  The Plaintiffs were arrested while peacefully inside their home.  The

officer, decision to retaliate was without suspicion a crime had been committed nor

was there exigent circumstances which could cause an objective officer to

---

[2] Curtilage is an area near and closely associated with the home; at the
founding, it was considered part of the house for Fourth Amendment purposes.
See Collins v. Virginia, 138 S. Ct. 1663, 1676 (2018) (Thomas, J., concurring)
(citing 4 William Blackstone, Commentaries on the Laws of England 225 (1769)).
The most recent Supreme Court case on the issue (and the one Bruce leans on to
show plain error) is Collins v. Virginia.  That question turns on four fact intensive
inquiries: "(1) the proximity of the area claimed to be curtilage to the
home; (2) the nature of the uses to which the area is put; (3) whether the area is
included within an enclosure surrounding the home; and, (4) the steps the resident
takes to protect the area from observation." United States v. Taylor, 458 F.3d
1201, 1206 (11th Cir. 2006).

8

determine a crime had been committed." Exigencies that justify setting the warrant

requirement aside include 1) the threat of loss of evidence, 2) physical danger to

police officers, third parties, or even the suspect, and 3) danger of escape. "Exigent

circumstances tend to be present in the following kinds of cases. None of these

circumstances were present during the warrantless arrest and seizure.

## A REASONABLE JURY COULD FIND THAT THAT OFFICER EHRENRICH PROVIDED 3 DIFFERENT LEVELS OF MAJOR INTRUSION OF SEIZURE

### 1. FIRST SEIZURE AND UTILIZAITON EXCESSIVE FORCE

The first unlawful seizure took place when he failed to justify articulable suspicion

for a warrantless arrest absent exigent circumstance. Plaintiffs weren't even aware

of the actions he was taking. Bryant Smith initially open the front door and saw

someone standing behind the vehicle with what appeared to be an assault rifle with

the hands on the Trigger. Terrified and confused in fear of his safety, he closed the

door in and went back inside. Dwight Smith then looked out the upstairs window

and told Catherine Smith that he sees him holding a Assault Rifle with his hands on

the trigger and yelling at the property. We were unaware that he ran from the deck

area to the front claiming an false attack took place. It did not make any sense. [A

suspect is in custody whenever an officer "restrains the freedom of a person to

walk away, he has seized that person." Tennessee v. Garner, 471 U.S. 1, 7, 105

S.Ct. 1694, 85 L.Ed.2d 1 (1985) (citing United States v. Brignoni-Ponce, 422 U.S.

9

873, 878, 95 S.Ct. 2574, 45 L.Ed.2d 607 (1975)). Because the police surrounded

Mercado and there was no way for him to escape, he was "seized" for the purposes

of the Fourth Amendment. Even if Mercado was not seized at the point when he

was surrounded by police, he was seized at the time he was struck by the projectile

from the Sage Launcher. See Carr v. Tatangelo, 338 F.3d 1259, 1268 (11th

Cir.2003)." Id., Mercado, p. 1162, fn. 1. See also Menuel v. City of Atlanta, 25 Fed.

3rd 990, 995 (1994), there the Court held "the word "seizure" readily bears the

meaning of a laying on of hands or application of physical force to restrain

movement, even when it is ultimately unsuccessful...." See also Vaughan v. Cox,

343 F.3d 1323, 1328-1329 (11th Cir., 2003)]

## 2. SECOND SEIZURE AND UTILIZAITON EXCESSIVE FORCE

The second seizure occurred when officer Tait arrived and started Loud Yelling.

Apparently, Ehrenreich told him his PA system was not working.. The officers

were in a safe area. And Ehrenreich failed to articulate reasonable suspicion a

crime had been committed. In fact he tells Officer Tait, no crime has been

committed. He also, tells Officer Tait, the Plaintiffs have no weapons.

Announcing the event on PA system was a invasion of privacy as they announced

to the entire neighborhood the Plaintiffs were under arrest. Officer Ehrenreich then

takes a position with his gun at the back of the car.

10

Furthermore, Ehrenreich can be seen lurking around with an assault rifle, hands on trigger.

### 3. **THIRD SEIZURE AND UTILIZAITON EXCESSIVE FORCE**

When officer Rowe arrived and other officer can be seen arriving and forming a perimeter in front of the house. The Officers were ordered to form a Perimeter over the radio transmission. Officer Rowe can be seen holding a handgun. Dwight Smit saw him through the lower basement window pointing his gun at the property. Plaintiffs dispute Officer Rowe version that he did not point the gun. Officer Massarelli, can also be seen pointing an assault rifle from a low position, hands on trigger. Other Officer can be seen forming a cutoff at the side and back of the house. Officer Wilson, body cam shows multiple Officers with the guns in the ready position both in the back, side, and the front of the property.

11

# EXHIBIT 9

Fulton County Magistrate Court
***E-FILED***CS
Date: 10/1/2021 3:38 PM
Cathelene Robinson, Clerk
21ED180660

# O'KELLEY & SOROHAN

ATTORNEYS AT LAW, LLC

JOE F. O'KELLEY, JR.

DIEDRA L. SOROHAN

2170 SATELLITE BLVD.
SUITE 375
DULUTH, GEORGIA 30097

JONATHAN DANIEL
MAIN OFFICE (770) 497-1880
DIRECT:
FAX:
EMAIL: jdaniel@oslawllc.com

October 1, 2021

## VIA FEDEX OVERNIGHT

Cathelene "Tina" Robinson
Fulton County Clerk of Magistrate Court
141 Pryor Street SW
Atlanta, GA 30303

**RE:**  AMH 2014-1 Borrower, LLC ISAOA v. Catherine Smith, Dwight Smith, and All
Others
Civil Action No.:        21ED180660
Property Address:    480 Leasingham Way, Johns Creek, GA 30097

Dear Ms. Robinson:

On April 9, 2021, an Answer was filed on behalf of the Defendant in this case.
Based on correspondence with the clerk of the Magistrate Court we are currently waiting
for a hearing date to be scheduled. We request this matter be added to the next available
hearing calendar.

Please feel free to contact me at (678) 812-3677 if I can be of assistance in
expediting this matter.

Respectfully,

*/s/ Nicole Campbell*
Attorney for Plaintiff

cc: file

# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMH 2014-1 BORROWER, LLC ISAOA, ) ) ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | 1:22-cv-0536-SEG |
| ) | |
| CATHERINE SMITH, DWIGHT SMITH, and ALL OTHERS, ) ) ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF AMH 2014-1 BORROWER, LLC ISAOA'S MOTION TO COMPEL PAYMENT OF RENT WITH INCORPORATED BRIEF IN SUPPORT

**COMES NOW**, Plaintiff AMH 2014-1 BORROWER, LLC ISAOA

(hereinafter "Plaintiff") in the above-referenced action, by and through undersigned

counsel, and files this Plaintiff AMH 2014-1 Borrower LLC ISAOA's Motion to

Compel Payment of Rent with Incorporated Brief in Support, pursuant to O.C.G.A.

§ 44-7-54 and respectfully shows the Court as follows:

## PROCEDURAL HISTORY

1.

On April 2, 2021, Plaintiff filed a dispossessory action in the Magistrate Court

of Fulton County, Case Number 21ED180660 ("Magistrate Action"), against

Defendants Catherine Smith, Dwight Smith (collectively, "Defendants"), and All

Others concerning their tenancy at the property located at 480 Leasingham Way, Johns Creek, Georgia 30097 ("Property").

2.

The Complaint in the Magistrate Action sought possession of the Property and cited Defendants remaining in the Property beyond the lease term[1], Defendant's criminal activity, and complaints of "offensive, noisy, and/or dangerous environment."

3.

On April 9, 2021, Defendants filed their Dispossessory Answer, bringing a counterclaim against Plaintiff in the amount of $10,000.00 for "wrongful termination of lease" ("Answer").

4.

A hearing was scheduled in the Magistrate Action on February 22, 2022 ("Magistrate Hearing"); however, prior to the Magistrate Hearing, on February 8, 2022, Defendants filed a Notice of Removal to the United States District Court, citing "violations against the civil and constitutional rights of the defendants" initiating the instant action.

---

[1] Defendants Lease, executed on December 31, 2020 ("Lease"), was terminated on March 3, 2021, by and through a Notice to Vacate sent in compliance with the Lease citing prohibited activity disallowed by Section 12 of the Rule and Regulation Addendum of the Lease, including, but not limited to, the harassment of neighbors.

2    EXHIBIT PG 2

5.

Judge Justin S. Anand, of Magistrate Court of Fulton County ("Magistrate Court"), filed his Final Report and Recommendation with this Court on March 30, 2022, recommending that the case be remanded back to the Magistrate Court.

6.

On June 16, 2022, this Court filed an Order adopting the Final Report and Recommendation and ordered the case to be remanded to the Magistrate Court.

7.

On June 22, 2022, Defendants appealed the case to the United States Court of Appeals, Case Number 22-12168 ("Appeal Action"). The Appeal Action is active and ongoing.

8.

The Defendants have continued to occupy the Property throughout the various legal proceedings referenced herein.

9.

To date, and since the filing of the Magistrate Action, Defendants have paid no rent to Plaintiff.

10.

A true and correct copy of the Declaration of Lela Ray is attached hereto as **Exhibit "A"** and incorporated herein by reference.

11.

As declared in Exhibit A, Defendants currently owe $92,274.53 to Plaintiff, representing rent, late fees, utilities, and other miscellaneous fees since April 2021. More specifically, Defendants have not paid any rent, utilities, etc. since March 2021. (*See* Exhibit A, ¶ 5, Ex. 1).

## ARGUMENT

Pursuant to O.C.G.A. § 44-7-54 and O.C.G.A. § 44-7-56, Plaintiff is entitled rent from Defendants through the date of any hearing on this matter. O.C.G.A. § 44-7-54 requires the Defendants to pay all rent and utilities which are the responsibility of the tenant under terms of the lease into the registry of the Court for any case where the right of possession cannot be finally determined within two (2) weeks from the date of service of the copy of the summons and the copy of the affidavit. Defendants should be required to pay fair market rental value for the Property through the date of the final ruling on the above-captioned matter. Plaintiff respectfully requests that this Court enter an Order requiring Defendants to pay, instanter, all back-due rent which can be established in a hearing. Plaintiff further requests that, should

4    EXHIBIT PG 4

Defendants not comply with any court order requiring the payment of said rental value for the aforesaid timeframe, or whatever other amount and time period that this Court deems just and equitable under the circumstances, that Plaintiff be awarded an immediate Writ of Possession for the Property upon application to this Court of such notice of nonpayment of rent.

OCGA § 44–7–56 provides that, pending an appeal the trial court may require payment of rent into the registry of the court. The requirement to pay rent pursuant to O.C.G.A. § 44-7-54 is procedural only and does not affect any substantive rights. Bellamy v. F.D.I.C., 236 Ga. App. 747, 752–53, 512 S.E.2d 671, 676–77 (1999). See also Cornelius v. Finley, 202 Ga. App. 192, 193, 413 S.E.2d 491, 493 (1991) (when Magistrate Court recognizes that a case should be transferred to superior court, it is nevertheless correct and proper for the Magistrate Court judge to order the payment of rent pursuant to O.C.G.A. § 44-7-54).

The Eleventh Circuit has recognized that O.C.G.A. § 44-7-56 is binding in federal court. See Collier v. Conway, 672 F. App'x 950, 952 (11th Cir. 2016); Horne v. Ameris Bank, No. 1:22-CV-2462-SEG-JSA, 2023 WL 2908855, at *18 (N.D. Ga. Jan. 11, 2023), report and recommendation adopted, No. 1:22-CV-2462-SEG-JSA, 2023 WL 2908838 (N.D. Ga. Feb. 13, 2023). Given that Defendants appear to dispute the entirety of the amounts owed, Plaintiff will be paid nothing until the case

is resolved on appeal. 1163 W. Peachtree St. Apartments Invs., LLC v. Einstein & Noah Corp., No. 1:21-CV-0219-TWT-WEJ, 2021 WL 2176928, at *5 (N.D. Ga. Apr. 30, 2021), report and recommendation adopted, No. 1:21-CV-219-TWT, 2021 WL 2890776 (N.D. Ga. May 19, 2021). At the same time, Plaintiff is offered a level of protection in the event that Defendants do not prevail on appeal.

Plaintiff moves, pursuant to O.C.G.A. § 44-7-54 and O.C.G.A. § 44-7-56, that Defendants be ordered to pay back rent into the Registry of the Court, which has accrued since April 2021 to the present, and that Defendants be ordered to continue to pay rent into the Registry of the Court until such time as the instant action is remanded to the Fulton County Magistrate Court. O.C.G.A. § 44-7-54 provides, in relevant part, that "[i]n any case where the issue of the right of possession cannot be finally determined within two weeks from the date of service of the copy of the summons and the copy of the affidavit, the tenant shall be required to pay into the registry of the trial court."

**WHEREFORE**, Plaintiff AMH 2014-1 Borrower, LLC, ISAOA, respectfully prays that this Court grant Plaintiff AMH 2014-1 Borrower LLC ISAOA's Motion to Compel Payment of Rent with Incorporated Brief in Support, and order that Defendants are to pay back rent into the Registry of the Court, *instanter*, and that Defendants pay rent into the Registry of the Court month-to-

month until such date as this case is remanded to the Magistrate Court of Fulton

County;

Submitted this September 1, 2023.

**O'KELLEY & SOROHAN,**
**ATTORNEYS AT LAW, LLC**

*/s/ Joseph P. Farrell*
Joseph P. Farrell
Georgia Bar No. 255864
2170 Satellite Blvd, Suite 375          *Attorneys for Plaintiff AMH 2014*
Duluth, Georgia 30097                   *Borrower, LLC ISAOA*
Tel:   (678) 252-0057
JFarrell@oslawllc.com

7          EXHIBIT PG 7

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I served the following parties by

electronically filing the foregoing PLAINTIFF'S MOTION TO DISMISS FOR

LACK OF JURISDICTION AND INCORPORATED MEMORANDUM OF LAW

using the CM/ECF system and served via First Class United States mail, in a

properly addressed envelope and with adequate postage to the following:

Dwight Smith
3651 Peachtree Pkwy, Suite E, #372
Suwanee, GA 30024
PRO SE
*Also via email:*
DwightHLsmith@yahoo.com

Catherine Smith
3651 Peachtree Pkwy, Suite E , #372
Suwanee, GA 30024
PRO SE
*Also via email:*
DwightHLsmith@yahoo.com

Submitted this September 1, 2023.

**O'KELLEY & SOROHAN,
ATTORNEYS AT LAW, LLC**

*/s/ Joseph P. Farrell*
Joseph P. Farrell
Georgia Bar No. 255864
2170 Satellite Blvd, Suite 375          *Attorneys for Plaintiff AMH 2014*
Duluth, Georgia 30097                    *Borrower, LLC ISAOA*
Tel:   (678) 252-0057
JFarrell@oslawllc.com          EXHIBIT PG 8

# EXHIBIT 11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMH 2014-1 BORROWER, LLC
ISAOA,

      Plaintiff,

v.

CATHERINE SMITH, DWIGHT
SMITH, and All Others,

      Defendants.

CIVIL ACTION NO.

1:22-CV-0536-SEG

## ORDER

On June 16, 2022, the Court entered an order remanding this case to the Magistrate Court of Fulton County. (Doc. 11.) Defendants appealed (Doc. 14), and on September 1, 2023, Plaintiff filed a motion to compel payment of rent into the registry of the Court during pendency of the appeal (Doc. 21).

The Eleventh Circuit issued an opinion on September 15, 2023, dismissing the appeal for lack of jurisdiction. (Doc. 22.) The mandate was issued on October 16, 2023. (Doc. 23.)

The appeal having been dismissed, Plaintiff's motion to compel payment of rent is DEEMED MOOT.

**SO ORDERED** this 17th day of October, 2023.

SARAH E. GERAGHTY
United States District Judge!