IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 27 2025

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

DWIGHT SMITH, CATHERINE
SMITH and BRYANT SMITH,

        Plaintiffs,

v.

AMH 2014-1 Borrower, LLC, ET AL.,

        Defendants.

CIVIL ACTION
FILE NO.  1:24-cv-05965 SEG

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS', AMH 2014-1 Borrower, LLC, American Homes 4 Rent, American Homes 4 Rent, L.P, AH4R Management – Ga. LLC

COMES NOW PLAINTIFF DWIGHT SMITH, CATHERINE SMITH AND BRYANT SMITH (herein "Plaintiffs") files this Notice of Voluntary Dismissal Against Defendants', **AMH 2014-1 Borrower, LLC, American Homes 4 Rent, American Homes 4 Rent, L.P, AH4R Management – Ga. LLC**.

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Dwight Smith, Catherine Smith and Bryant Smith, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendants. None of the Defendants have filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures ofF.R.C.P. 41(a)(l)(A)(i).

Respectfully submitted 1/27/2025.

**CATHERINE SMITH, PRO SE**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 - DwightHLsmith@yahoo.com

**DWIGHT SMITH PRO SE**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 - DwightHLsmith@yahoo.com

**BRYANT SMITH  PRO SE**
3651 Peachtree **Pkwy** Ste E, #372 Suwanee, **GA 30024**
770-344-9027 DwightHLsmith@yahoo.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

DWIGHT SMITH, CATHERINE
SMITH and BRYANT SMITH,

            Plaintiffs,

v.

AMH 2014-1 Borrower, LLC, ET AL.,

            Defendants.

CIVIL ACTION FILE
NO.   1:24-cv-05965
SEG

## CERTIFICATE OF SERVICE
## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.

## 41(a)J1)(A)(i) AGAINST DEFENDANTS' **AMH 2014-1 Borrower, LLC,**

## **American Homes 4 Rent, American Homes 4 Rent, L.P, AH4R**

## **Management – Ga. LLC**

I HEREBY CERTIFY 'that I have this day served Defendant's Council with a copy

of by Mail.  Respectfully submitted 1/27/25

**CATHERINE SMITH, PRO SE**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 - DwightHLsmith@yahoo.com

**DWIGHT SMITH PRO SE**
3651 Peachtree Pkwy Ste E, #372 Suwanee, GA 30024
770-344-9027 - DwightHLsmith@yahoo.com

**BRYANT SMITH  PRO SE**
3651 Peachtree **Pkwy** Ste E, #372 Suwanee, **GA 30024**
770-344-9027   DwightHLsmith@yahoo.com

3